UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JUANA SIERRA,

                                 Plaintiff,

              -against-

THE CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF BUILDINGS; PATRICIA J.
LANCASTER, in her capacity as COMMISSIONER OF
THE NEW YORK CITY DEPARTMENT OF
BUILDINGS; NEW YORK CITY DEPARTMENT OF
HOUSING PRESERVATION AND DEVELOPMENT;
SHAUN DONOVAN, in his capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF HOUSING PRESERVATION AND
DEVELOPMENT; and EMAD IBRAHEM,

                                 Defendants.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

No. 07 CV 6769 (JSR)

**PLEASE TAKE NOTICE** that defendants the City of New York, the New York City Department of Buildings, Patricia J. Lancaster, in her capacity as Commissioner of the New York City Department Of Buildings, the New York City Department of Housing Preservation And Development, Shaun Donovan, in his capacity as Commissioner of New York City Department of Housing Preservation and Development, appear by their attorney Michael A. Cardozo, Corporation Counsel of the City of New York, Jerald Horowitz and Gabriel Taussig, of counsel. Service of all pleadings, papers, and documents in this action should be served on the Office of the Corporation Counsel of the City of New York as follows:

        New York City Law Department
        100 Church Street, Room 5-189
        New York, New York 10007
        ATTN: Jerald Horowitz

All communications should be directed to Jerald Horowitz at telephone number (212) 442-0589 and fax number (212) 791-9714. Electronic Court Filing (ECF) notices should be directed to jhorowit@law.nyc.gov. Please note that service of papers by facsimile transmission is expressly prohibited without prior consent of counsel, except for letters of three pages or less.

Dated:   New York, New York
         August 2, 2007

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                            City of New York
                                          Attorney for Defendants
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 442-0589

                                  By:   _____
                                       Jerald Horowitz (JH 8395)
                                       Assistant Corporation Counsel

To:   URBAN JUSTICE CENTER
      Homelessness Outreach and
      Prevention Project
      Leslie T. Annexstein (LA 0430)
      Ami T. Sanghvi (AS 5128)
      123 William Street, 16th Floor
      New York, New York 10038
      Tel. (646) 602-5643

      WEST SIDE SRO LAW PROJECT
      Goddard Riverside Comm. Center
      Molly Doherty (MD 2044)
      Martha Weithman (MW 3333)
      647 Columbus Avenue
      New York, New York 10025
      Tel. (212) 799-9638

      Attorneys for Plaintiff

## CERTIFICATION OF SERVICE

This document was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by United States Mail on August 2, 2007 upon:

>Leslie T. Annexstein
>Ami T. Sanghvi
>URBAN JUSTICE CENTER
>123 William Street, 16th Floor
>New York, New York 10038
>
>Molly Doherty
>Martha Weithman
>West Side SRO Law Project
>Goddard Riverside Comm. Center
>647 Columbus Avenue
>New York, New York 10025

Dated:    New York, New York
          August 2, 2007

>MICHAEL A. CARDOZO
>Corporation Counsel of the
>  City of New York
>Attorney for Defendants
>100 Church Street
>New York, New York 10007
>(212) 442-0589
>
>By: _____/s/_____
>    Jerald Horowitz (JH 8395)
>    Assistant Corporation Counsel

Index No. 07 CV 3605 (JGK) (DFE)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANA SIERRA,

                        Plaintiff,

-against-

THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF BUILDINGS; PATRICIA J. LANCASTER, in her capacity as COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF BUILDINGS; NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; SHAUN DONOVAN, in his capacity as COMMISSIONER OF NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; and EMAD IBRAHEM,

                        Defendants.

## NOTICE OF APPEARANCE

*MICHAEL A. CARDOZO*
Corporation Counsel of the City of New York
Attorney for Defendant City of New York
Address for Service of Papers
100 Church Street, Room 5-189
New York, N.Y. 10007

Of Counsel: Jerald Horowitz
Tel: (212) 442-0589
NYCLIS No.2007-023070