UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUANA SIERRA,                                                              07 CV 6769 (JSR) (ECF Case)

                               *Plaintiff,*

                 - against -                                                           **AFFIDAVIT OF SERVICE**

CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF BUILDINGS, and PATRICIA
J. LANCASTER, in her capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF BUILDINGS; NEW
YORK CITY DEPARTMENT OF HOUSING
PRESERVATION AND DEVELOPMENT, and
SHAUN DONOVAN, in his capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF HOUSING PRESERVATION
AND DEVELOPMENT; and EMAD IBRAHEM.

                              *Defendants.*
------------------------------------------------------------------X

STATE OF NEW YORK   )
                      SS.:
COUNTY OF NEW YORK  )

       Craig A. Scott, being duly sworn, deposes and says:

       1.      I am not a party to the action, I am over 18 years of age and am employed as a process server by the West Side SRO Law Project.

       2.      On July 27, 2007, at 3:30 p.m., I made an attempt to serve the Complaint, Summons, Order to Show Cause for Temporary Restraining Order and Preliminary Injunction and the supporting papers including the Sanghvi Declaration, Weithman Declaration and Memorandum of Law on Emad Ibrahem at 4060 Elbertson Street, Apartment 5A, Elmhurst, NY 11373. I entered the apartment building and rang the doorbell to apartment 5A and there was no answer. I waited for a few minutes and knocked again but there was still no answer.

3. On July 31, 2007, at 5:05 p.m., I made an attempt to serve the Complaint, Summons, Order to Show Cause for Temporary Restraining Order and Preliminary Injunction and the supporting papers including the Sanghvi Declaration, Weithman Declaration and Memorandum of Law on Emad Ibrahem at 4060 Elbertson Street, Apartment 5A, Elmhurst, NY 11373. I entered the apartment building and rang the doorbell to apartment 5A and there was no answer. I waited for a few minutes and knocked again but there was still no answer.

4. On August 1, 2007 at 2:00 p.m., I made a second attempt to serve the Complaint, Summons, Order to Show Cause for Temporary Restraining Order and Preliminary Injunction and the supporting papers including the Sanghvi Declaration, Weithman Declaration and Memorandum of Law on Emad Ibrahem at 4060 Elbertson Street, Apartment 5A, Elmhurst, NY 11373. I entered the apartment building and rang the doorbell to apartment 5A but there was no answer. I waited at the door for some time while I taped the papers to the door of the apartment.

5. On August 1, 2007, I served a true copy of the Complaint, Summons, Order to Show Cause for Temporary Restraining Order and Preliminary Injunction and the supporting papers of Sanghvi Declaration, Weithman Declaration and Memorandum of Law by mailing a copy to Emad Ibrahem at 4060 Elbertson Street, Apartment 5A, Elmhurst, NY 11373. I placed the papers in a post-paid plain envelope marked "Personal and Confidential".

_____
Craig A. Scott

Sworn to before me this
2nd day of August, 2007

_____
Notary Public

MARTHA ANN WEITHMAN
Notary Public, State of New York
No. 02WE6068495
Qualified in New York County
Commission Expires March 22, 2010

2