UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
JUANA SIERRA,　　　　　　　　　　　　　　　　　　07 CV 6769 (JSR ) (ECF Case)
　　　　　　　　　　　　*Plaintiff,*

　　　　- against -　　　　　　　　　　　　　　　　　　**CERTIFICATION OF SERVICE**

CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF BUILDINGS, and PATRICIA
J. LANCASTER, in her capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF BUILDINGS; NEW
YORK CITY DEPARTMENT OF HOUSING
PRESERVATION AND DEVELOPMENT, and
SHAUN DONOVAN, in his capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF HOUSING PRESERVATION
AND DEVELOPMENT; and EMAD IBRAHEM.

　　　　　　　　　　　　*Defendants.*
---------------------------------------------------------------- X

Martha Weithman, attorney for the West Side SRO Law Project, hereby certifies as follows:

　　　On the 27th day of July 2007, I served a copy of the: Summons and Complaint; Order to Show Cause for a Temporary and Restraining Order; Declaration of Ami T. Sanghvi and annexed Exhibits; Declaration of Martha Weithman and annexed Exhibits; and a Memorandum of Law in Support of Plaintiff's Request for a Temporary Restraining Order and Preliminary Injunction upon the individuals authorized to accept service on behalf of the following parties:

New York City Department of Buildings
280 Broadway
New York, NY 10009

DATED:　　August 8, 2007
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Martha Weithman, Esq.