UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

JUANA SIERRA,                                                            07 CV 6769 (JSR ) (ECF Case)

                                    *Plaintiff,*

                    - against -

                                                            **CERTIFICATION OF SERVICE**

CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF BUILDINGS, and PATRICIA
J. LANCASTER, in her capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF BUILDINGS; NEW
YORK CITY DEPARTMENT OF HOUSING
PRESERVATION AND DEVELOPMENT, and
SHAUN DONOVAN, in his capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF HOUSING PRESERVATION
AND DEVELOPMENT; and EMAD IBRAHEM.

                            *Defendants.*
-------------------------------------------------------------------- X

Ami T. Sanghvi, attorney for the Urban Justice Center, hereby certifies as follows:

On the 27th day of July 2007, I served a copy of the: Summons and Complaint; Order to

Show Cause for a Temporary and Restraining Order; Declaration of Ami T. Sanghvi and

annexed Exhibits; Declaration of Martha Weithman and annexed Exhibits; and a Memorandum

of Law in Support of Plaintiff's Request for a Temporary Restraining Order and Preliminary

Injunction upon the individuals authorized to accept service on behalf of the following parties:

New York City Law Department          Department of Housing Preservation and Development
100 Church Street                     100 Gold Street
New York, NY 10007                    New York, NY 10038

DATED:        August 8, 2007
              New York, New York

                                              Ami Sanghvi, Esq.