

✉ **CLICK HERE TO SIGN UP FOR BUILDINGS NEWS**

## NYC Department of Buildings
## Overview for Complaint #:1164328 = RESOLVED

**Complaint at:** 24 WEST 119 STREET    **BIN:** 1053202    **Borough:** MANHATTAN

**Re:** ILLEGAL DEMOLISHING IN CELLAR, 1 AND 2 FL. PERMITS ARE NOTPOSTED

**Category Code:** 05    PERMIT - NONE (BUILDING/ PA/ DEMO ETC.)

**DOB District:** N/A
**Special District:**

**Assigned To:** MANHATTAN BOROUGH OFFICE

**Entered By:** AVS 04/24/2006 10:09:11

---

**Received:** 04/24/2006  10:09    **Block:** 1717    **Lot:** 47    Communit
**Owner:** EMAD IBRAHEM

**Last Inspection:** 04/24/2006 - - BY BADGE # 1809 ANGILLETA FRANK J BEST SQUAD
**Disposition:** 05/01/2006 - - A1 - VIOLATION SERVED
**Disposition Entered By:** EHI 05/01/2006 10:21:44
**Comments:** UPON INSPECTION 1ST FLOOR OF BUILDING OCCUPIED CONTRARY TO THAT ALLOWED BY C/O AND DOB RECORDS
**ECB Violation #s:** 34514435Z

---

## Complaint Disposition History

| Disposition Date | Code | Disposition | Inspection By |
|---|---|---|---|
| 04/28/2006 | C1 | INSPECTOR UNABLE TO GAIN ACCESS ON FIRST (1ST) INSPECTION ATTEMPT<br>NO ACCESS TO PREMISES LS4 LEFT | 2245 QUINL |
| 05/01/2006 | A1 | VIOLATION SERVED<br>UPON INSPECTION 1ST FLOOR OF BUILDING OCCUPIED CONTRARY TO<br>THAT ALLOWED BY C/O AND DOB RECORDS | 1809 ANGIL |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.