| BUILDING | FRAME | MASONRY ✓ | HEIGHT | STORIES | ~~B.C.~~ | C. | B. 3 |
|---|---|---|---|---|---|---|---|

OWNER  *n. e.*     ADDRESS

LESSEE  *Mrs Kelly*     ADDRESS  *47 West 119 st N.Y.C. N.Y.*

AGENT     ADDRESS

BUILDING OCCUPIED AS  *1 Class A- Apt + furnished rooms*  SINCE

ARRANGEMENT OF BUILDING INDICATES ORIGINALLY ERECTED AS

*P. J. Fahey*  INSPECTOR     DATE  **2/29/40**

*John Lonergan*  CLASSIFICATION RECORD     BLOCK  *1717*

RECORDS—DIV. OF HOUSING  *B by card shows "Class B"*     LOT  *47*

VOL.

SECT.

RECORDS AND VIOLS.—DIV. OF BUILDINGS     BUILDING FIREPROOF     NON-FIREPROOF

*M.D.V 546 36 to housing*

*N. Sheim. 3/25/40*

THE ABOVE BUILDING IS HEREBY ACCEPTED AS  ~~HERETOFORE CONVERTED~~  **B**

APPLY     APR 2  1940     CHIEF INSPECTOR  *A Foley*

NOTICE OF CLASSIFICATION TO OWNER     DATE     BY

NOTICE OF CLASSIFICATION TO FIRE DEPT.     DATE     BY

---

89-1078-38-Bu.

AVENUE / STREET  *West 119*   NO.  *24*   UNIT  *5*   DATE  *2/29/40*   O+A

| Story | Rooms | Use | Fams. | Rooms Rented How? | Furniture Property of | Duration of Occupancy | Perm. or Trans. | Cook | Cook App. Property of | Fixtures State where W.C.'s Are Located | Names of Occupants |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C |  |  |  | *bath rooms + storage* |  |  |  |  |  |  |  |
| B | 3 | A | 1 | LESSEE | LESSEE |  | P | ✓ | LESSEE | SINK. W.T. W.C. BATH. BASIN. IV. APT |  |
| 1 | 2 | B | FR | W | " |  | T | ✓ | " | BASIN | W.C. BATH. BASIN IN. PUBLIC. HALL |
| 2 | 4 | B | FR | W | " |  | T | ✓ | " | BASIN | W.C. BATH. BASIN IN. PUBLIC. HALL |
| 3 | 4 | B | FR | W | " |  | T | ✓ | " |  | W.C. BATH. BASIN IN. PUBLIC. HALL |

RETURNED FROM M.D. PLAN
EXAMINERS  *R. Cann R.*
DATE  APR 1 2 1971

*P. J. Fahey  2/29/40*
Inspector     Date

| Origin | Date | Item No. | Disposition | Origin | Date | Item No. | Disposition | Origin | Date | Item No. | Disposition |
|--------|------|----------|-------------|--------|------|----------|-------------|--------|------|----------|-------------|
| | | 646 | | | | 2763-58 | | | | | |
| | | | | | | 17-19 | | | | | |
| | | 8-9 | | | | | | | | | |
| | | | | 243 Filed in B. of R | | | | | | | |
| 243 FILED IN B. OF R. | | | | | | | | | | | |
| | | 10 | | | | | | | | | |
| FILED IN B. OF R | | 11-13 | | | | | | | | | |
| 243 FILED IN B. OF R | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | 14-15 | | | | | | | | | |
| 243 Filed in B. of R. | | | | | | | | | | | |
| | | 16 | | | | | | | | | |
| 243 Filed in B. of R. | | | | | | | | | | | |

Form 301

| STREET AVENUE | West 119 | No. | 24 | Bor. | Man | Card No. | 1 |

## CLASSIFICATION

User District

Record of Business Use—Location: F 110153 | Date | Origin

**HERETOFORE CONVERTED** C.B. 2/29/40

ORIGIN OF CLASSIFICATION

### TENEMENT HOUSE DEPT. New Building Plan

| B'ld'gs | Plan No. | Date filed | Date Approved |

### RECORD OF FIRE RETARDING AND FIREPROOFING

| Location | Origin of Report | Date |
|---|---|---|
| Cll. Clg. ↓ 7° B – ptn ↓ Smith 12 8/40 | 6 | |
| Clg. Stair inc. | | |
| C.H.S. PROVIDED | | |

| Application No. | Certificate No. | Date Issued |

### HEREAFTER CONVERTED DWELLINGS

| Plan No. | Date filed | Date Approved |
| Application No. | Certificate No. | Date Issued |

### ALTERATION PLANS

| B'ld'gs | Plan No. | Date Filed | Approved | Completed |
|---|---|---|---|---|
| SFr | 1593 | 11-29-40 | ✓ | 5/2/41 |
| BN | 5677 | 5-28-5? | | 10-34-5? |
| BN | 3369 | 10-6-64 | | |
| BN | 1549 | 4-29-68 | | |

### BUREAU OF BUILDINGS RECORD

| Plan No. | Certificate of Occ. No. | Date Issued |

To be occupied by:

### LEGAL OCCUPANCY

| Date | No. Ap'ts | Height | Cellar | Basement |

### CELLAR OR BASEMENT PERMIT

| Number | Date | Number | Date |

Form 300

39-1010-33-8A

STREET _West 119_    No. _24_    UNIT _____    DATE _____

"B" Cycle                    BK. Bldg a. B. 3 Stp

  Chief Inspector

   Sir, I respectfully report following
Above. Bldg arranged & occupied by 1 Class A. Apt
& furnished Rooms O&A made following viols reported
no 2nd means of egress provided

Inside Cellar stairs not enclosed.

  No outside cellar entrance
  Doors to public halls not S.C.
  Cooking spaces do not conform to law.
  Egress to roof not adequate.
  Floors & bases of accs not water proof.
  Cellar ceiling not fire retarded

/ITEMS # 8 to 9 Apt 4/18/40   2/29/40   P.J.Fahey Insp
          John Lonergan Insp.

BOROUGH OF _____
DEPARTMENT OF HOUSING AND BUILDINGS
  DIVISION OF HOUSING      (OVER)      Form 1008-39-Bu

39-1077-35-Bu.

| AVENUE STREET | *West 119* | NO. *24* | UNIT *5* | DATE *2/29/40* | | O+A | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Story | Rooms | Use | Fams. | Rooms Rented How? | Furniture Property of | Duration of Occupancy | Perm. or Trans. | Cook | Cook App. Property of | Fixtures | Names of Occupants |
| C | | | | *Boiler room & storage* | | | | | | | |
| B | 3 | A | 1 | LESSEE LESSEE | | | P | ✓ | LESSEE | SINK H.T. W.C. BATH BASIN IN APT |
| 1 | 2 | B | F.R | W | " | | T | ✓ | " | BASIN |
| 2 | 4 | B | F.R | W | " | | T | ✓ | " | BASIN | W.C. BATH BASIN IN PUBLIC HALL |
| 3 | 4 | B | F.R | W | " | | T | ✓ | " | | W.C. BATH BASIN IN PUBLIC HALL |

RETURNED FROM H.D. PLAN
EXAMINERS *R Garmed*
DATE   APR 12 1971

*P.J.Fahey*        *2/29/40*

Inspector                        Date

Y=Yearly.     M=Monthly.     W=Weekly.     P=Permanent.     T=Transient.        (over)

---

BUILDING          FRAME          MASONRY ✓          HEIGHT          STORIES     SC          C     B

OWNER *N.a.*                          ADDRESS

LESSEE *Mrs Kelly*            " *47 W 119 st, N.Y.C. N.Y.*

AGENT

BUILDING OCCUPIED AS *1 Class A Apt & families R* SINCE

ARRANGEMENT OF BUILDING INDICATES ORIGINALLY ERECTED

          AS

          *P.J.Fahey* INSPECTOR     DATE *2/29/40*
          *John Flanagan*
                    CLASSIFICATION RECORD          BLOCK *117*

RECORDS- Div. of Housing                              LOT *47*

          *B lic card shows "Class B"*          VOL

RECORDS AND VIOLS. Div. of Bldgs *190 546  36 B Housing*          SECT

BLDG FIREPROOF-----NON-FIREPROOF *Walpoue 8/26/40*

THE ABOVE BUILDING IS HEREBY ACCEPTED AS
                    HERETOFORE CONVERTED   B

APPLY                    APR 2 1940          CHIEF INSPECTOR

NOTICE OF CLASSIFICATION TO OWNER          DATE     BY

NOTICE OF CLASSIFICATION TO FIRE DEPT.          DATE     BY

Tenement House Dept.   Form 1037                    60