


# NOTICE OF VIOLATION AND HEARING

COMMISSIONER OF THE DEPARTMENT OF BUILDINGS
OF THE CITY OF NEW YORK, PETITIONER, AGAINST

**Violation No. 34514435Z**
ENVIRONMENTAL CONTROL BOARD

| Respondent | First name (or entity name) | Last name | | | |
|---|---|---|---|---|---|
| ☑ Mailing address (Check if same address as place of occurrence) | EMAD IBRAHIM | | | | |
| | Number and street | City | State | Zip code | |
| | 24 WEST 119TH ST | NEW YORK | NY | 10026 | |

Additional mailing to be sent (agent, care of, other):

| Name | First name | Last name | Company |
|---|---|---|---|
| | EMAD | IBRAHIM | APT 5A |
| Mailing address | Number and street | City | State | Zip code |
| | 70-60 ELBERTSON ST | ELMHURST | NY | 11373 |

## Commissioner's Order To Correct Violations

| Place of occurrence | Boro | Date of violation | Type | Dist. | Code | No. |
|---|---|---|---|---|---|---|
| 24 WEST 119TH ST | MANH | 4/24/06 | C | ST | LL | 01 |
| Construction type | No. of stories | Block | Lot | Occupancy at time of inspection | Basis of violation | |
| | 3 | 1717 | 47 | | 116431 | |

Based upon the inspection of the premises and/or records of the Department, the undersigned has determined that you are in violation of the sections of law cited below, of Title 26 and/or 27 of the NYC Administrative Code, and the Zoning Resolution.

| Computer No. | Provision of law | Violating conditions observed | ☑ Hazardous | ☐ Second offense Prior ECB violation # |
|---|---|---|---|---|
| BPO | 27-217 | OCCUP. CONTRARY TO THAT ALLOWED BY CO/I CARD. I CARD STATES THAT A 3 STORY + BSMT BLDG (SRO) MULTI-DWELLING CALLS FOR A BSMT CLASS A APT & 1ST, 2ND & 3RD FLR APTS AS CLASS 'B', W/ 3 COMMUNAL KITCHENS & BATHROOMS. 1ST FLR HAS 2 ROOMS, 2ND HAS 4 ROOMS & 3RD FLR HAS 4 ROOMS. ON DAY OF INSPECTION 1ST FLR HAD NO COMMUNAL KITCHEN AS STATED ON I-CARD. KITCHEN WAS LOCATED IN 1ST FLR REAR UNIT (APT #3) ENCLOSED WITH SLEEPING AREA NEXT TO KITCHEN. APT #2 ON 1ST FLR HAD NO KITCHEN ACCESS. ROOM APT #3 (1ST FLR) HAD A 14 YR OLD FEMALE CHILD (CARINA CARLOS). THE ABOVE SITUATION DOESN'T COMPLY W/ HOUSING MAINT CODE 27-2076. PROHIBITED OCCUPANCIES: A. NO KITCHEN SHALL BE OCCUPIED FOR SLEEPING B. NO ROOMING UNIT SHALL BE OCCUPIED BY A FAMILY W/ A CHILD UNDER THE AGE OF 16 | | |
|  | 28-126.1 (a)(1) | Per day penalty for violation of section 27-118.1 x ___ units added | | |

The Commissioner of the Department of Buildings orders that you correct these conditions and file a certificate of such correction.
REMEDY: DISCONTINUE ILLEGAL USE OR OBTAIN CERTIFICATE OF OCCUPANCY.

### Resolution options

**CURE DATE:** HAZARD

At the hearing, you have the option to contest or admit the violation. If a "cure date" appears in the box above, you have the additional option to admit the violation and certify correction by the cure date, resulting in a finding of "in violation," but no hearing or penalty. Also, depending on the type of violation, you may be eligible to accept a stipulation. For more information, see reverse side of the yellow copy of the "Notice of Violation and Hearing".

### Hearing Information

If the Certificate of Correction (for a "cure") is not received by the date indicated to the left or is not approved by the Department or IF YOU ARE CHARGED WITH A HAZARDOUS OR SECOND OFFENSE VIOLATION, YOU ARE REQUIRED TO APPEAR FOR A HEARING AT THE ENVIRONMENTAL CONTROL BOARD (ECB) ON:

**Hearing date:** 06/04/06  at  ☑ 10:30 AM  ☐ 1:30 PM  ☐ Other ___

Environmental Control Board hearing locations:
☐ Queens, (718) 298-7300 - 144-06 94th Avenue, 1st fl.
☑ Manhattan, (212) 361-1400 - 66 John Street, 10th fl.
☐ Brooklyn, (718) 875-7428 - 233 Schermerhorn Street, 11th fl.
☐ Bronx, (718) 579-6844 - 1932 Arthur Avenue, 6th fl
☐ Staten Island, (212) 361-1400 - 350 St. Marks Place, 1st fl.

Proceedings will be held under authority of the NYC Charter section 1404 and rules promulgated thereunder at 15 RCNY Chapter 31. This hearing is your opportunity to answer and defend against the allegations set forth above. If you do not appear, you will be held in default and subjected to maximum penalties.

For more information. To reschedule your hearing or inquire about the case status, call the Environmental Control Board at the numbers listed above. For information on certifying correction of this violation, read instructions on the Certificate of Correction form, call the Department of Buildings at 311, or go to www.nyc.gov/buildings.

Issuing officer's last name, first initial (print): ANGILLETTA F
Badge number: 1101091  Unit Code: BIS

I personally observed the violation(s) charged and/or verified their existence through review of departmental records.
Issuing officer's signature: _[signed]_
This statement is affirmed under penalty of perjury.

Supervisor's signature: _[signed]_

34514435Z

ORIGINAL - ECB COPY

ECB-PC (Rev. 10/04)

# Affidavit / Affirmation of Service

STATE OF NEW YORK, COUNTY OF _Manhattan_ ) ss:

The undersigned affirms, or, being duly sworn, deposes and says: That I am over 18 years of age, and not a party to this proceeding, and that on the ___24___ day of ___April 2006___ at _____ a.m. / p.m. (circle one) at ___24 W 35 119th St___ (full address)

I served the within Notice of Violation and Hearing on the respondent named therein:

Note: You must complete either section A or B or C. Section D must also be completed if service was effected through A1, A2, or B1.

## A. INDIVIDUAL OR PARTNERSHIP

1. ☐ **Individual or Partnership - Personal Service,** by delivering and leaving a true copy with _____ respondent personally.

2. ☐ **Individual or Partnership - Substituted Service,** by delivering a true copy to _____ a person of suitable age and discretion at respondent's actual place of business, dwelling or usual place of abode within the state.

3. ☐ **Required Mailing (Use with 2).** On ___/___/___ I enclosed a copy of same in a first class post paid envelope properly addressed to respondent's last known residence or actual place of business and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service. The envelope bore the legend "personal & confidential" and did not indicate on the outside thereof, by return address or otherwise that the communication was from an attorney or concerned an action against the respondent.

## B. CORPORATION

1. ☐ **Corporation,** by delivering and leaving a true copy with _____ an officer, director, managing agent, or general agent (circle one) of said respondent corporation.

2. ☐ **Secretary of State Service,** by delivering to and leaving two copies with _____ in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York. Said service was made pursuant to article three of the Business Corporation Law. Deponent further says that s/he knew the person so served as aforesaid to be employed in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said respondent.

## C. ALTERNATE METHOD/CHARTER SERVICE

☐ **Alternate method of service pursuant to New York City Charter §1404(d)(2)(ii) [Affix and Mail Service].** A true copy of the notice of violation was posted in a conspicuous place upon the premises where the violation occurred after a reasonable attempt to effectuate service upon the respondent or upon other person whom service may be made was unsuccessful.

Additional Information (Explain specific details on where violation was posted on the premise or other information): _Postal @ Mail Box_

## D. DESCRIPTION OF INDIVIDUAL SERVED

Deponent further states that s/he describes the person actually served as follows:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ Black skin | ☐ Black hair | ☐ White hair | ☐ 14-20 yrs. | ☐ under 5' | ☐ under 100 lbs. |
| ☐ Female | ☐ Brown skin | ☐ Blond hair | ☐ Balding | ☐ 21-35 yrs. | ☐ 5'0"-5'3" | ☐ 101-130 lbs. |
| | ☐ White skin | ☐ Brown hair | ☐ Mustache | ☐ 36-50 yrs. | ☐ 5'4"-5'8" | ☐ 131-160 lbs. |
| | | ☐ Gray hair | ☐ Beard | ☐ 51-65 yrs. | ☐ 5'9"-6'0" | ☐ 161-200 lbs. |
| | | ☐ Red hair | ☐ Glasses | ☐ Over 65 yrs. | ☐ Over 6'0" | ☐ Over 200 lbs. |

Other identifying characteristics _____

Served by:
Signature _____
Print full name _Paul J. Auguston_
☒ Issuing officer, City of New York    ☐ Process Server
This service statement is affirmed under penalty of perjury.    (complete next box)

For process server
SWORN TO BEFORE ME ON:

___ day of _____, _____

Notary signature _____