# Tuberculosis Screening among Homeless Persons with AIDS Living in Single-Room-Occupancy Hotels

*Marcelle C. Layton, MD, Michael F. Cantwell, MD, MPH, Guy J. Dorsinville, Sarah E. Valway, DMD, MPH, Ida M. Onorato, MD, and Thomas R. Frieden, MD, MPH*

## ABSTRACT

Congregate facilities for homeless persons with the acquired immunodeficiency syndrome (AIDS) are often endemic for tuberculosis. We evaluated tuberculosis screening methods at single-room-occupancy hotels housing persons with AIDS. Residents were screened by cross matching the New York City Tuberculosis Registry, interviewing for tuberculosis history, skin testing, and chest radiography. Cases were classified as either previously or newly diagnosed. Among the 106 participants, 16 (15%) previously diagnosed tuberculosis cases were identified. Participants' tuberculosis histories were identified by the questionnaire (100%) or by registry match (69%). Eight participants (50%) were noncompliant with therapy. These findings prompted the establishment of a directly observed therapy program on site. (*Am J Public Health.* 1995;85:1555–1559)

## Introduction

Shelters and other congregate facilities remain endemic sites of tuberculosis.[1–8] In New York City, the Division of AIDS Services provides housing support to homeless persons with AIDS. Because of a shortage of available housing, clients are temporarily placed in commercial single-room-occupancy hotels. These hotels are privately owned, are operated for profit, and have few common areas other than the bathrooms and lobby. In more than one third of these hotels, 80% of rooms are occupied by Division of AIDS Services clients; the remainder are rented to private tenants. Before this investigation, these facilities had no tuberculosis screening or treatment programs on-site.

In October 1992, we investigated the extent of tuberculosis in these facilities and evaluated potential tuberculosis screening strategies. At that time, the Division of AIDS Services provided housing support to 10 109 persons with AIDS; of these, 1725 (17%) were housed in 32 single-room-occupancy hotels. The median number of clients per hotel was 44 (range = 12 to 124 clients per hotel).

## Methods

### Case Definitions

We defined active tuberculosis, diagnosed by culture or clinical criteria,[9] as either previously identified (in residents who had not yet completed therapy[10]) or newly identified (if diagnosed as a result of our investigation). Noncompliance with therapy was defined as two consecutive missed clinic appointments or discontinuation of antimycobacterial therapy for 14 consecutive days.[11]

### Screening Methods

Residents and employees of hotel A, a large single-room-occupancy hotel in Manhattan, were first computer matched by name and birth date against the New York City Tuberculosis Registry to identify cases at that hotel already reported to the health department. To find cases not identified by the registry cross match, we screened residents by (1) interviewing for symptoms (fever, cough, weight loss, or night sweats) and tuberculosis history; (2) conducting tuberculin skin tests by means of the Mantoux method, with five tuberculin units (Aplisol, Parke-Davis, Morris Plains, NJ), and conducting anergy tests with both mumps and candida antigens; and (3) performing portable frontal-view chest radiographs.

Sputum specimens for mycobacterial culture were indicated for the following criteria: (1) persistent symptoms during the previous 3 weeks, (2) current or past tuberculosis history, (3) positive tuberculin skin tests (defined as ≥ 5 mm induration at 48 to 72 hours[10]), (4) nonreactive tuberculin test and anergy panel (defined as < 2 mm induration to all three antigens at 48 to 72 hours), and (5) abnormal radiographic findings suggestive of tuberculosis. A lower limit of 5 mm was used for defining a positive tuberculin test, since all residents were potential contacts of case patients known to reside at the hotel and most were infected with the human immunodeficiency virus (HIV).[10] A package of 10 subway tokens worth $12.50 was provided to all residents who

Marcelle C. Layton, Guy J. Dorsinville, and Thomas R. Frieden are with the Bureau of Communicable Disease, New York City Department of Health. Marcelle C. Layton is also with the Epidemiology Program Office, Centers for Disease Control and Prevention, Atlanta, Ga, as is Michael F. Cantwell. Thomas R. Frieden and Michael F. Cantwell are also with the National Center for Prevention Services, Centers for Disease Control and Prevention, as are Sarah E. Valway and Ida M. Onorato.

Requests for reprints should be sent to Marcelle C. Layton, MD, Bureau of Communicable Disease, New York City Department of Health, 125 Worth St, Room 300, Box 22A, New York, NY 10013.

This paper was accepted June 26, 1995.

*Note.* The use of trade names in this paper does not imply endorsement by the New York City Department of Health or the Centers for Disease Control and Prevention.

completed the interview, radiographic screening, and skin test reading.

## Results

Among the 116 hotel residents, 106 (91%) agreed to participate. Completion rates were as follows: interview, 100% (n = 106); chest radiographs, 94% (n = 100); and skin testing, 91% (n = 96). Ninety-three (88%) residents completed all three screening modalities. The median age of residents was 41 years (range = 27 to 81 years), and 77% (n = 82) were male. Seventy-nine residents (75%) were Division of AIDS Services clients; the remainder were either private tenants (n = 18; 17%) or full-time roommates (n = 9; 8%).

Sixteen cases of tuberculosis were identified among the study participants (a prevalence of 15%); all occurred among persons with AIDS ($P < .01$). All tuberculosis cases had been diagnosed previously. Eight of the participants with tuberculosis (50%) had been compliant with antituberculosis therapy, and the remaining eight had been lost to medical follow-up. The median duration of therapy completed among case patients who were compliant was 3 months (range = 1 to 4 months); the median duration of therapy completed among case patients lost to follow-up was 2 months (range = 1 to 7 months). Among case patients who were noncompliant, a median of 2.5 months (range = 1 to 12 months) had elapsed since they were lost from treatment.

Eleven (69%) cases were identified by cross matching with the tuberculosis registry; five additional cases were identified by surveying for tuberculosis history during the interview. Thirteen (81%) case patients reported symptoms consistent with active disease. Seven (58%) of 12 case patients who completed tuberculin skin testing had positive results. Four case patients reported prior positive tuberculin tests. Only 5 (31%) case patients had abnormal radiographic findings; all had infiltrates suggestive of tuberculosis, including one cavitary lesion. Four case patients with abnormal radiographic findings had been noncompliant with medical therapy (Table 1).

We verified the diagnoses of the five (31%) cases not listed on the tuberculosis registry by reviewing medical records. Four case patients had not been reported to the health department by either their physician or the laboratory. One case was culture positive; three were culture negative, with diagnoses based on clinical criteria. The fifth case was diagnosed in prison and was reported to the health department under an alias.

Sputum samples were obtained from 14 case patients; 2 had positive smears and 3, including both of those with smear-positive specimens, were culture positive for tuberculosis. All 3 culture-positive patients had been noncompliant with treatment. Two patients had isolates that were multidrug resistant, one to both isoniazid and rifampin and the other to isoniazid, rifampin, ethambutol, streptomycin, pyrazinamide, and kanamycin. An additional 2 case patients, both culture negative at the time of our investigation, had diagnoses of resistant tuberculosis, one to isoniazid alone and the other to isoniazid and rifampin.

The health department's costs for detecting these 16 tuberculosis cases were compared by screening strategy: registry match, questionnaire interviews, radiographs alone, or skin testing with radiographic follow-up (Table 2). The last strategy limited the use of radiographic follow-up to those residents with either positive tuberculin tests or anergy.

None of the 11 employees at hotel A were found to have active tuberculosis or evidence of recent tuberculosis infection.

## Discussion

The high prevalence of tuberculosis in congregate facilities[3,12–15] dictates the need for practical, economical, and effective methods for screening residents for active disease. Screening at hotel A, a single-room-occupancy hotel for homeless persons with AIDS, identified only residents whose tuberculosis had been diagnosed before the on-site survey. However, 50% of case patients had been lost to follow-up and were no longer compliant with therapy. Patients with inadequately treated tuberculosis residing in congregate settings for persons with AIDS are potential sources of transmission to other residents. Although the remaining case patients were compliant at the time of our investigation, the risk of future noncompliance in this population makes it essential to identify all patients residing at congregate facilities to ensure completion of therapy.

Although the questionnaire survey seemed the most useful screening method at hotel A, the interviewers were aware of the registry cross-match results before the interview. The five cases not found on the registry reflect both the failure of health care providers to notify health departments of culture-negative cases and the diagnosis of tuberculosis in patients using aliases.

Previous recommendations for tuberculosis screening in congregate settings have limited the use of chest radiographs to patients with either positive skin tests or compatible symptoms.[16] In our investigation, only five (31%) cases would have been identified by these criteria in the absence of information about tuberculosis history. Our results reflect the low sensitivity of chest radiographs in populations consisting predominantly of persons with AIDS, who are more likely to have atypical radiographic findings.[17] Although this protocol would have identified both case patients with positive smears, only two (25%) of eight case patients lost to follow-up would have been detected.

Although the questionnaire interview and the registry cross match were useful in locating noncompliant tuberculosis patients, no previously undetected cases were identified. Unlike residents in other congregate settings, the clients at Division of AIDS Services hotels are usually referred on hospital discharge;

TABLE 1—Evaluation of Methods for Detecting Tuberculosis among Participants at Hotel A

| Screening Modality | Sensitivity, % | Specificity, % | Predictive Value Positive, % | Predictive Value Negative, % |
|---|---|---|---|---|
| Questionnaire survey for tuberculosis history | 100 | 100 | 100 | 100 |
| Registry cross match | 69 | 100 | 100 | 95 |
| Symptom history (fever, cough, night sweats, or weight loss persisting for 3 wks) | 81 | 51 | 23 | 94 |
| Tuberculin testing | 69 | 83 | 42 | 94 |
| Chest radiograph | 31 | 94 | 50 | 88 |

TABLE 2—Costs of Tuberculosis Screening Strategies at Hotel A, Including Cost per Case Detected

| Screening Strategy | (A) Cost per Test, $ | (B) No. Tests Performed On-Site at Hotel A | (C) Total No. Persons with Positive Tests | (D) No. Tuberculosis Patients with Positive Test | (E) Total Cost of Screening at Hotel A,[a] $ | (F) Cost per Case Detected,[a] $ |
|---|---|---|---|---|---|---|
| Registry cross match | 0.33 | 116 | 11 | 11 | 621 | 56 |
| Questionnaire survey for tuberculosis history and symptoms | 3.30 | 106 | 16 | 16 | 1198 | 75 |
| Chest radiograph | 42.50 | 100 | 10 | 5 | 4780 | 956 |
| Tuberculin skin tests followed by radiographs for all persons with abnormal skin test results[b] | 13.30 (skin testing); 42.50 (radiograph) | 89 skin tests; 77 radiographs | 6 | 5 | 4774 | 955 |

Note. The cost per test was calculated based on the following: staff salary (including benefits) ($17.50 per hour); tuberculin and anergy testing ($3.80 per test); portable chest radiographs ($37.50); and mycobacterial smear and culture ($50). Staff salary was factored into the costs of the registry match, questionnaire survey, and skin testing. Patients' transportation expenses were added to the mycobacteriology costs. Incentives (subway tokens and lunch) were included in the costs of the interview, skin testing, and chest radiography.
[a]Based on the following formulas: E = (A × B) + (C × $53 per sputum smear and culture) and F = (E/D).
[b]Radiographs obtained for residents with either positive tuberculin tests or anergy.

therefore, most hotel A residents had been under medical care within the previous year.

Cost issues are important considerations to health departments attempting to control tuberculosis. The registry match was the most inexpensive method; however, the on-site interviews cost only $115 per additional case detected. Screening by a combination of interviews and registry match was both effective and economical. Skin testing and radiographic screening added substantial costs to the investigation without identifying additional cases, although tuberculin testing did identify candidates for preventive therapy.

An integral component of our investigation was the use of incentives to improve participation rates. Previous reports have documented the usefulness of inducements in increasing compliance with medical treatment.[18–21] Screening programs without incentives, in settings similar to single-room-occupancy hotels, have shown lower participation and skin test follow-up rates.[12–15]

A substantial number of case patients at hotel A had been lost to follow-up. Because of the challenges in ensuring compliance, directly observed therapy has become the recommended standard for tuberculosis care.[22–24] Directly observed therapy has been successful in ensuring completion of therapy for residents of homeless shelters.[25] The 16 residents with tuberculosis identified during our investigation were enrolled in an on-site directly observed therapy program.

After this study, the Bureau of Tuberculosis Control and the Division of AIDS Services expanded tuberculosis screening and directly observed therapy programs to other single-room-occupancy hotels in New York City. A Bureau of Tuberculosis Control staffperson is now stationed at the Division of AIDS Services intake site and surveys all new admissions for tuberculosis history by matching with the registry and a brief questionnaire. In this way, persons with tuberculosis are identified early, referred for medical evaluation, and assigned to one of five hotels that now offer directly observed therapy on-site. Our collaborative program between local health and housing authorities can serve as a model for other urban settings with large homeless populations at risk for tuberculosis and HIV infection. □

## Acknowledgments
This paper was presented in abstract form at the International Conference on Antibiotics and Antimicrobial Chemotherapy, October 17–20, 1993, New Orleans, La.

We thank June Eccleston, Laura Fehrs, MD, MPH, Paula Fujiwara, MD, MPH, Tom Glaser, Yvelle Grant, Pam Kellner, RN, Joseph Kent, MD, Charles Knirsch, MD, Anite Mathieu-Lubin, Andrew Moss, PhD, Lucy Palumbo, Haydee Rodrigues, Anthony Scott, Anthony Triscari, and the staff of the New York City Department of Health's Washington Heights Chest Clinic for their help with planning the investigation and data collection. We thank the staff of the New York City Bureau of Laboratories' mycobacteriology laboratory for their assistance in processing the laboratory specimens. We thank Kelly Henning, MD, Cortnie Lowe, and Daniel Sosin, MD, MPH, for reviewing the manuscript.

## References
1. Knopf SA. Tuberculosis as a cause and result of poverty. JAMA. 1914;63:1720–1725.
2. Marsh K. Tuberculosis among the residents of hostels and lodging-houses in London. Lancet. 1957;i:1136–1138.
3. McAdam JM, Brickner PW, Scharer LL, Crocco JA, Duff AE. The spectrum of tuberculosis in a New York City men's shelter clinic (1982–1988). Chest. 1990;97:798–805.
4. Nardell E, McInnis B, Thomas B, Weidhaas S. Exogenous reinfection with tuberculosis in a shelter for the homeless. N Engl J Med. 1986;315:1570–1575.
5. Centers for Disease Control. Tuberculosis among homeless shelter residents. MMWR. 1991;40:869–877.
6. Nolan CM, Elarth AM, Barr H, Saeed AM, Risser DR. An outbreak of tuberculosis in a shelter for homeless men. A description of its evolution and control. Am Rev Respir Dis. 1991;143:257–261.
7. Daley CL, Small PM, Schecter GF, et al. An outbreak of tuberculosis with accelerated progression among persons infected with the human immunodeficiency virus. An analysis using restriction-fragment-length polymorphisms. N Engl J Med. 1992;326:231–235.
8. Dwyer B, Jackson K, Raios K, Sievers A, Wilshire E, Ross B. DNA restriction fragment analysis to define an extended cluster of tuberculosis in homeless men and their associates. J Infect Dis. 1993;167:490–494.
9. Centers for Disease Control. Case definitions for public health surveillance. MMWR. 1990;39:39–40.
10. American Thoracic Society, Centers for Disease Control. Treatment of tuberculosis and tuberculosis infection in adults and children. Am Rev Respir Dis. 1986;134:355–363.

11. Combs DL, O'Brien RJ, Geiter LJ. USPHS Tuberculosis Short-Course Chemotherapy Trial 21: effectiveness, toxicity and acceptability. The report of final results. *Ann Intern Med.* 1990;112:397–406.
12. McAdam J, Brickner PW, Glicksman R, Edwards D, Fallon B, Yanowitch P. Tuberculosis in the SRO/homeless population. In: Brickner PW, Scharer LK, Conanan B, Elvy A, Savarese M, eds. *Health Care of Homeless People.* New York, NY: Springer Publishing Co; 1985:155–175.
13. Sherman MN, Brickner PW, Schwartz MS, et al. Tuberculosis in single-room-occupancy hotel residents: a persisting focus of disease. *NY Med Q.* 1980;2:39–41.
14. Torres RA, Mani S, Altholz J, Brickner PW. Human immunodeficiency virus infection among homeless men in a New York City shelter. Association with *Mycobacterium tuberculosis* infection. *Arch Intern Med.* 1990;150:2030–2036.
15. Barry MA, Wall C, Shirley L, et al. Tuberculosis screening in Boston's homeless shelters. *Public Health Rep.* 1986;101:487–494.
16. American Thoracic Society. Control of tuberculosis in the United States. *Am Rev Respir Dis.* 1992;146:1623–1633.
17. Barnes PF, Bloch AB, Davidson PT, Snider DE Jr. Tuberculosis in patients with human immunodeficiency virus infection. *N Engl J Med.* 1991;324:1644–1650.
18. Sbarbaro JA. Compliance: inducements and enforcements. *Chest.* 1979;76(suppl):750–756.
19. Patel KR. Pulmonary tuberculosis in residents of lodging houses, night shelters and common hostels in Glasgow: a five year prospective survey. *Br J Dis Chest.* 1985;79:60–66.
20. Loevinsohn BP, Loevinsohn ME. Improvement in coverage of primary health care in a developing country through use of food incentives. *Lancet.* 1986;i:1314–1316.
21. Snider DE Jr, Anders HM, Pozsik CJ. Incentives to take up health services. *Lancet.* 1986;ii:812. Letter.
22. Schieffelbein CW Jr, Snider DE Jr. Tuberculosis control among homeless populations. *Arch Intern Med.* 1988;148:1843–1846.
23. Centers for Disease Control. Prevention and control of tuberculosis among homeless persons. Recommendations of the Advisory Council for the Elimination of Tuberculosis. *MMWR.* 1992;41(RR-5):13–23.
24. Iseman MD, Cohn DL, Sbarbaro JA. Directly observed treatment of tuberculosis. We can't afford not to try it. *N Engl J Med.* 1993;328:576–578.
25. McDonald RJ, Memon AM, Reichman LB. Successful supervised ambulatory management of tuberculosis treatment failures. *Ann Intern Med.* 1982;96:297–302.

# Pet Ownership among Persons with AIDS in Three Florida Counties

Lisa Conti, DVM, MPH, Spencer Lieb, MPH, Thomas Liberti, Melinda Wiley-Bayless, MPH, Kathlene Hepburn, MEd, and Theresa Diaz, MD, MPH

## ABSTRACT

Interviews were conducted among 408 adults with acquired immunodeficiency syndrome at three local health departments to determine the proportion who owned pets, their perceived attachment to their pets, and the proportion who were informed about zoonoses. Nearly half (187, or 46%) were living with pets, most commonly dogs (64%), followed by cats (38%), fish (15%), birds (8%), reptiles (3%), and rodents (2%). Most pet owners (81%) reported an attachment to their pet. Only 10% were informed of zoonoses, albeit some incorrectly. Health care providers should recognize the high pet ownership rate among persons infected with human immunodeficiency virus and correctly inform their patients of strategies to sustain a low zoonotic disease incidence. (*Am J Public Health.* 1995; 85:1559–1561)

## Introduction

Nearly half of American households include pets.[1] Compelling evidence supports the value of companion animals, particularly for the elderly or infirm.[2,3] Notably, in many of the panels of the acquired immunodeficiency syndrome (AIDS) Quilt, animals are recognized. But because animals can also transmit infections, issues regarding hygiene and animal health must be addressed. Through interview and AIDS registry review, we examined the association of pet ownership with reported opportunistic infection(s), self-reported attachment to pets, and health care information about pet ownership among persons with AIDS residing in Florida.

## Methods

In collaboration with the Centers for Disease Control and Prevention, Florida conducts the Supplement to HIV/AIDS Surveillance (SHAS) project in Dade (Miami area), Broward (Ft Lauderdale area), and Duval (Jacksonville area) counties. Adults (aged 18 and older) reported with AIDS who are patients of selected facilities are eligible for interview after informed consent is gained. Methods used by the Florida project have been described in detail elsewhere.[4]

From September 1993 through December 1993, surveillance project participants were asked the following questions to supplement the standardized questionnaire: (1) In the past 5 years, has there been a pet in your household? (2) What type of pet(s)? (3) How attached would

Lisa Conti, Spencer Lieb, and Thomas Liberti are with the Office of Disease Intervention, Department of Health and Rehabilitative Services, Tallahassee, Fla. At the time of this study, Melinda Wiley-Bayless was with the Duval County Public Health Unit, Jacksonville, Fla. Kathlene Hepburn was with the South Florida AIDS Network, Miami, Fla. Theresa Diaz is with the Division of HIV/AIDS, Centers for Disease Control and Prevention, Atlanta, Ga.

Requests for reprints should be sent to Lisa Conti, DVM, MPH, Office of Disease Intervention, HRS State Health Office, 1317 Winewood Blvd, Tallahassee, FL 32399-0700.

This paper was accepted April 13, 1995.