UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JUANA SIERRA,

                                        Plaintiff,

                    -against-

THE CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF BUILDINGS; PATRICIA J.
LANCASTER, in her capacity as COMMISSIONER OF
THE NEW YORK CITY DEPARTMENT OF
BUILDINGS; NEW YORK CITY DEPARTMENT OF     No. 07 CV 6769 (JSR)
HOUSING PRESERVATION AND DEVELOPMENT;
SHAUN DONOVAN, in his capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF HOUSING PRESERVATION AND
DEVELOPMENT; and EMAD IBRAHEM,

                                       Defendants.

------------------------------------------------------------------ X

## DECLARATION OF SERVICE

       I, Jerald Horowitz, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on August 20, 2007, I caused to be served the affidavit of Frank Angilletta, sworn on August 14, 2007, the affidavit of Mario Ferrigno, sworn on August 16, 2007, and the exhibits attached thereto, and Defendant's Memorandum of Law, dated August 20, 2007, upon the following counsel of record, by delivering a copy of same to the address set forth below, by hand delivery, being the address designated by said attorney(s) for that purpose:

                Leslie T. Annexstein
                Ami T. Sanghvi
                URBAN JUSTICE CENTER
                123 William Street, 16th Floor
                New York, New York 10038

                Molly Doherty
                Martha Weithman
                West Side SRO Law Project
                Goddard Riverside Comm. Center
                647 Columbus Avenue
                New York, New York 10025

Dated:     New York, New York
           August 20, 2007

_____
JERALD HOROWITZ (JH8395)

Index No. 07 CV 6769 (JSR)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANA SIERRA,

Plaintiff,

-against-

THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF BUILDINGS; PATRICIA J. LANCASTER, in her capacity as COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF BUILDINGS; NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; SHAUN DONOVAN, in his capacity as COMMISSIONER OF NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; and EMAD IBRAHEM,

Defendants.

**DECLARATION OF SERVICE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*Address for Service of Papers*
*100 Church Street, Room 5-189*
*New York, N.Y. 10007*

*Of Counsel: Jerald Horowitz*
*Tel: (212) 442-0589*
*NYCLIS No.2007-023070*