# UNITED STATES DISTRICT COURT

### Southern District of New York

**Appearance**
Case Number 07CV6769

---

Juana Sierra,

                                        Plaintiff

    -against-

City of New York: New York City Department of Buildings and Patricia J Lancaster, in her capacity as Commissioner of New York City Department of Buildings, New York City Department of Housing preservation and Development, and Shaun Donovan, in his capacity as commissioner of New York City Department of Preservation and Development, and Emad Ibrahem.

                                        Defendants

---

To the Clerk of this court and all parties of record:

    Enter the appearance of the law firm of Sperber, Denenberg and Kahan, P.C. as counsel in this case for Defendant Emad Ibrahem.

    I certify that I, Seth Denenberg, am admitted to practice in this Court.

                                        Sperber, Denenberg and Kahan, P.C.
                                        *Attorneys for Defendant Emad Ibrahem*

9-5-07
Date
                                        By Seth Denenberg
                                        Bar Code: SD9452

                                        48 West 37th Street, 16th Floor
                                        New York, New York, 10018
                                        (T) 917 - 351 - 1335
                                        (F) 917 - 351 - 1303

*Index No.* *Year* 20

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**JUANA SIERRA**

*Plaintiff*

-against-

**CITY OF NEW YORK, et al**

*Defendant*

## Appearance

**Emad Ibrahem**
SPERBER DENENBERG & KAHAN, P.C.

*Attorneys for*

48 West 37th Street
16th Floor
New York, New York 10018
(917) 351-1335

To:

Attorney(s) for

Service of a copy of the within       is hereby admitted.

Dated:

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Attorney(s) for

**PLEASE TAKE NOTICE**

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on          20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court.

at
on          , at          M.

Dated:

*Check Application Box*

SPERBER DENENBERG & KAHAN, P.C.

*Attorneys for*

48 West 37th Street