UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| JUANA SIERRA, | Civil Action No. CV-07-6769 |
| Plaintiff, | |
| | (RAKOFF, J.) |
| -against- | |
| | **NOTICE OF APPEARANCE** |
| CITY OF NEW YORK; NYC DEPARTMENT OF BUILDINGS, and PATRICIA J. LANCASTER, in her capacity as COMMISSIONER OF NYC DEPARTMENT OF BUILDINGS; NYC DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, And SHAUN DONOVAN, in his capacity as COMMISSIONER OF NYC DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; and EMAD IBRAHEM | |
| Defendants. | |

------------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned has been retained as Plaintiff Juana Sierra's attorney in the above-entitled action and demands that all papers be served on her at the address stated below.

Dated: November 9, 2007
New York, New York

                                          /s/
                                      Martha A. Weithman, Esq.,
                                      Counsel of Record (MW 3333)
                                      West Side SRO Law Project
                                      Goddard-Riverside Community Center
                                      647 Columbus Avenue
                                      New York, New York 10025
                                      Tel. (212) 799-9638
                                      Fax. (212) 721-1514
                                      Attorney for Plaintiff Juana Sierra

To: Zachary A. Cunha, Of Counsel
   Roslynn R. Mauskopf, United States Attorney
   Attorneys for Defendants
   One Pierrepont Plaza, Fourteenth Floor
   Brooklyn, New York 11201
   Tel. (718) 254-6094


   Michael Weisberg, Esq.
   South Brooklyn Legal Services
   Attorneys for Plaintiffs Linares, Spady and Morehead
   105 Court Street
   Brooklyn, New York 11201