UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JUANA SIERRA,

                                                                     Plaintiff,

                     -against-                                 **NOTICE OF MOTION TO DISMISS THE COMPLAINT**

THE CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF BUILDINGS; PATRICIA J.
LANCASTER, in her capacity as COMMISSIONER OF
THE NEW YORK CITY DEPARTMENT OF
BUILDINGS; NEW YORK CITY DEPARTMENT OF    No. 07 CV 6769 (JSR)
HOUSING PRESERVATION AND DEVELOPMENT;
SHAUN DONOVAN, in his capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF HOUSING PRESERVATION AND
DEVELOPMENT; and EMAD IBRAHEM,

                                                               Defendants.

------------------------------------------------------------------- X


**PLEASE TAKE NOTICE** that defendants the City of New York ("the City"), the New York City Department of Buildings ("DOB"), Patricia J. Lancaster, in her capacity as Commissioner of DOB, the New York City Department of Housing Preservation and Development ("HPD"), and Shaun Donovan, in his capacity as Commissioner of HPD, by its undersigned counsel, will move this Court before the Honorable Jed S. Rakoff, at the United States Courthouse located at 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, for an order pursuant to Federal Rules of Civil Procedure, Rule 12(b), for the dismissal of all claims in the complaint.

Dated:       New York, New York
             December 6, 2007

                         MICHAEL A. CARDOZO
                         Corporation Counsel of the
                           City of New York
                         Attorney for Defendant
                         100 Church Street, Room 5-189
                         New York, New York 10038
                         (212) 442-0589

                         By: _____
                            Jerald Horowitz (JH 8395)
                            Assistant Corporation Counsel

To:    URBAN JUSTICE CENTER
       Homelessness Outreach and
       Prevention Project
       Leslie T. Annexstein (LA 0430)
       Ami T. Sanghvi (AS 5128)
       123 William Street, 16th Floor
       New York, New York 10038
       Tel. (646) 602-5643

       West Side SRO Law Project
       Goddard Riverside Comm. Center
       Molly Doherty (MD 2044)
       Martha Weithman (MW 3333)
       647 Columbus Avenue
       New York, New York 10025
       Tel. (212) 799-9638

       Attorneys for Plaintiff

       Seth Denenberg
       Sperber, Denenberg and Kahan, P.C.
       48 West 37th Street, 16th Floor
       New York, New York 10018
       Tel. (917) 351-1335

       Attorneys for Defendant Emad Ibrahem

Index No. 07 CV 6769 (JSR)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANA SIERRA,

                Plaintiff,

-against-

THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF BUILDINGS; PATRICIA J. LANCASTER, in her capacity as COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF BUILDINGS; NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; SHAUN DONOVAN, in his capacity as COMMISSIONER OF NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; and EMAD IBRAHEM,

                Defendants.

## NOTICE OF MOTION

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*Address for Service of Papers*
*100 Church Street, Room 5-189*
*New York, N.Y. 10007*

*Of Counsel: Jerald Horowitz*
*Tel. (212) 442-0589*
*NYCLIS No.2007-023070*