Release Form
_____

Juana Sierra hereby attests that he/she/they is/are the rightful tenant of Apt #2 & 3 at 24 West 119th Street and that said tenant agrees to vacate and surrenders, including forfeits any rights or claim to, the apartment under the Rent Stabilization or Rent Control laws, effective November 17, 2007 of the premises located at **24 West 119 Street, Apt 2 & 3 New York NY 10026** and has not been harassed at any point during her tenancy.

Juana Sierra surrenders possession of the premises with the agreement:

- To no claims to the apartment after this point and was not harassed at any point during her tenancy.

- All past due rents (Feb 07 – Nov 07) held in escrow by Juana Sierra's attorney (Martha Weithman, Assistant Director of Goddard Riverside Community Center's West Side SRO Law Project) to be handed over to Mr. Emad Ibrahem.

- All past due rents (May 06 – Jan 07) held in escrow by Stacey Sarver (Attorney at Goddard Riverside Community Center's Side SRO Law Project) to be handed over to Mr. Emad Ibrahem.

- To drop all legal proceedings against Mr. Emad Ibrahem

- To drop the federal lawsuit, Index No. 6769cv07, naming Mr. Emad Ibrahem as a defendant

- The tenant surrenders all keys to the apartments.

- The apartments in question are fully empty of all contents.


In consideration of such surrender and agreement, Mr. Emad Ibrahem has paid Juana Sierra the sum of $20,000 cash, (Twenty Thousand Dollars and zero cents) which amount Mrs. Juana Sierra accepts. /9,000  Nineteen/


This statement is signed by all parties listed


Dated: November 17 2007


_____Juana Sierra_____                    _____[signature]_____
Juanna Sierra         Date                     Emad Ibrahem         Date
(Tenant)                                       (Landlord)


_____[signature]_____                     _____
                      Date                                          Date
(Witness)                                      (Witness)