LAW OFFICES

SPERBER DENENBERG & KAHAN, P.C.

STEVEN B. SPERBER
SETH DENENBERG
ERIC H. KAHAN
JACQUELINE HANDEL-HARBOUR*
JOSHUA C. PRICE

MICHAEL I. COHEN
ROMINA BENZAKARYA
GREGORY LANSKY
ANDREW D. STERN

*MEMBER OF NEW YORK, CALIFORNIA, PENNSYLVANIA AND WASHINGTON D.C. BARS

48 WEST 37TH STREET
SIXTEENTH FLOOR
NEW YORK, N.Y. 10018

(917) 351-1335
FAX: (917) 351-1308

www.sdkpc.com

November 27, 2007

***via FACSIMILE:* (212) 721-1514**
***& REGULAR FIRST CLASS MAIL:***

**WEST SIDE SRO LAW PROJECT**
***Goddard Riverside Community Center***
***Attn: Martha Weithman & Stacey Sarver***
647 Columbus Avenue
New York, New York 10025

*Re:* ***Juana Sierra v. City of New York, et al***
***& Emad Ibrahem v. Juana Sierra***

Dear Ms. Weithman & Ms. Sarver:

Your client has surrendered the premises and received substantial payment in return for doing so, and has signed the Release Form enclosed herein.

Pursuant thereto, your client has instructed that you immediately turn over all back rents held in escrow by your office to my client.

In order to avoid my making application to the court for the above-referenced monies, it is requested that you immediately turn over all rents held by Goddard Riverside Community Center's West Side SRO Law Project.

Further, pursuant to the annexed Release Form, you are instructed by your client to drop the federal lawsuit.

*w:\selena\seth\2007letters\Martha Weithman(Ibrahem)*

Please immediately notify the court, in an appropriate form that you are withdrawing the lawsuit.

Very truly yours,

**SPERBER DENENBERG & KAHAN, P.C.**

By:__________________________
**SETH DENENBERG**

*SD/sw*

***Enclosure***

***cc:*** ***via Facsimile: (212) 791-9714***
***Office of the Corporation Counsel of the City of New York***
***Attn: Jerald Horowitz, Esq.***
***100 Church Street***
***New York, New York 10007***

***via Facsimile & Mail: (347) 561-4341***
***Emad Ibrahem***
***83-20 141st Street***
***Briarwood, New York 11435***

*w:\selena\seth\2007letters\Martha Weithman(ibrahem)*

# IMPORTANT

**SPERBER DENENBERG & KAHAN, P.C.**
48 WEST 37th STREET, 16th FLOOR
NEW YORK, NEW YORK 10018
TELEPHONE: (917) 351-1335
FACSIMILE: (917) 351-1303

## FACSIMILE TRANSMISSION

DATE: 11/27/2007 FAX #: (212) 791-9714

TO: Jerald Horowitz, Esq. FROM: Seth Denenberg, Esq.

PAGE(S): 4 (INCLUDING THIS COVER PAGE) RE: Sierra v. City of New York

{ } The original of the transmitted document will be sent by { } ordinary mail { } certified mail { } FedEx
{ X } This will be the only form of delivery of the transmitted document.

COMMENTS:

PRIVILEGE AND CONFIDENTIALITY NOTICE

The information contained in this facsimile message is protected by the attorney/client privilege and is intended to be confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agency responsible for delivery of this transmission to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone, and return the original message to us at the above address via the United States Postal Service. Do not disclose the contents of this transmission to anyone. Thank you for your anticipated cooperation.

