

| | | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET, Room 5-189<br>NEW YORK, NY 10007 | JERALD HOROWITZ<br>Senior Counsel<br><br>Tel: (212) 442-0589<br>Fax:(212) 791-9714<br>email: jhorowit@law.nyc.gov |

December 10, 2007

**BY TELECOPY AND ECF**
Hon. Jed. S. Rakoff
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re: <u>Sierra v. City of New York, et al.,</u>
            07 Civ. 6769 (JSR)

Your Honor:

      At a conference held on December 6, 2007, leave was granted for the City defendants to advise the Court whether they had an objection to the stipulation dated December 6, 2007, in which the plaintiff agreed to withdraw with prejudice all claims against the defendant landlord Emad Ibrahem. The City defendants have no objection to the terms of the stipulation.

                                             Respectfully,

                                             Jerald Horowitz (JH8395)
                                             Assistant Corporation Counsel

Cc:
Leslie T. Annexstein
Ami T. Sanghvi
Urban Justice Center
123 William Street, 16th Floor
New York, New York 10038

Molly Doherty
Martha Weithman
West Side SRO Law Project
Goddard Riverside Comm. Center
647 Columbus Avenue
New York, New York 10025
(via e-mail w/o encls.)

Seth Denenberg
Eric Kahan
Sperber, Denenberg and Kahan, P.C.
48 West 37th Street, 16th Floor
New York, New York 10018