UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JUANA SIERRA,

                      *Plaintiff,*

- against -

CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF BUILDINGS, and PATRICIA
J. LANCASTER, in her capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF BUILDINGS; NEW
YORK CITY DEPARTMENT OF HOUSING
PRESERVATION AND DEVELOPMENT, and
SHAUN DONOVAN, in his capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF HOUSING PRESERVATION
AND DEVELOPMENT; and EMAD IBRAHEM.

                      *Defendants.*
------------------------------------------------------------------ X

07 Civ. 6769 (JSR)

**STIPULATION FOR DISMISSAL OF DEFENDANT EMAD IBRAHEM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-11-07

**WHEREAS**, Plaintiff Juana Sierra commenced this civil action on July 26, 2007 by filing a complaint against (1) the City of New York, the New York City Department of Buildings and its Commissioner, and the New York City Department of Housing Preservation and Development and its Commissioner (collectively "City Defendants") for the enforcement of New York City Housing Maintenance Code § 27-2076(b), N.Y.C. Admin. Code § 27-2076(b)(1993), which discriminates on the basis of familial status in violation of Title VIII of the Civil Rights Act of 1968, the Fair Housing Act, 42 U.S.C. § 3601 et seq. (2000); and (2) Emad Ibrahem, the owner and landlord of Plaintiff Sierra's resident building, for filing and pursuing an action to evict her based on City Defendants' issuance of a violation citing the challenged Housing Maintenance Code in violation of the Fair Housing Act and the New York State Human Rights Law, N.Y. Exec. Law § 296(5) (McKinney Supp. 2007);

**WHEREAS**, Plaintiff Sierra filed a motion for preliminary injunction and City Defendants and Defendant Ibrahem have opposed said motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties, as follows:

1. Plaintiff Sierra withdraws with prejudice those claims brought against Defendant Emad Ibrahem regarding Defendant Ibrahem's violation of the Fair Housing Act and the New York State Human Rights Law;

2. Plaintiff Sierra withdraws her motion for preliminary injunction seeking to enjoin Defendant Ibrahem from taking any actions to evict Plaintiff Sierra;

3. Each party will bear its own costs, fees, and expenses incurred with relation to Plaintiff Sierra's withdrawn claims against Defendant Ibrahem.

Therefore, it is ordered by the Court that this action, with respect to Defendant Emad Ibrahem, is discontinued as outlined above without costs and with prejudice.

Dated: December 5, 2007

_____
Counsel for Plaintiff

Urban Justice Center
Leslie T. Annexstein (LA 0430)
Ami T. Sanghvi (AS 5128)
123 William Street, 16th Floor
New York, NY 10038

Westside SRO Law Project
Goddard Riverside Comm. Center
Martha Weithman (MW 3333)
647 Columbus Avenue
New York, New York 10025

_____
Counsel for Defendant

Sperber Denenberg & Kahan, P.C.
Eric Kahan
48 W. 37th Street, 16th Floor
New York, NY 10018

With the concurrence of the other defendants (see attached letter), the Stipulation is approved.

_____
SO ORDERED
U.S. DISTRICT JUDGE    12-10-07



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET, Room 5-189
NEW YORK, NY 10007

JERALD HOROWITZ
Senior Counsel

Tel: (212) 442-0589
Fax: (212) 791-9714
email: jhorowit@law.nyc.gov

December 10, 2007

**BY TELECOPY AND ECF**
Hon. Jed. S. Rakoff
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:  Sierra v. City of New York, et al.,
           07 Civ. 6769 (JSR)

Your Honor:

      At a conference held on December 6, 2007, leave was granted for the City defendants to advise the Court whether they had an objection to the stipulation dated December 6, 2007, in which the plaintiff agreed to withdraw with prejudice all claims against the defendant landlord Emad Ibrahem. The City defendants have no objection to the terms of the stipulation.

Respectfully,

Jerald Horowitz (JH8395)
Assistant Corporation Counsel

Cc:
Leslie T. Annexstein
Ami T. Sanghvi
Urban Justice Center
123 William Street, 16th Floor
New York, New York 10038

Molly Doherty
Martha Weithman
West Side SRO Law Project
Goddard Riverside Comm. Center
647 Columbus Avenue
New York, New York 10025
(via e-mail w/o encls.)

Seth Denenberg
Eric Kahan
Sperber, Denenberg and Kahan, P.C.
48 West 37th Street, 16th Floor
New York, New York 10018