UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JUANA SIERRA,

                                                                              Plaintiff,

               -against-

THE CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF BUILDINGS; PATRICIA J.
LANCASTER, in her capacity as COMMISSIONER OF
THE NEW YORK CITY DEPARTMENT OF                 No. 07 CV 6769 (JSR)
BUILDINGS; NEW YORK CITY DEPARTMENT OF
HOUSING PRESERVATION AND DEVELOPMENT;
SHAUN DONOVAN, in his capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF HOUSING PRESERVATION AND
DEVELOPMENT; and EMAD IBRAHEM,

                                                                            Defendants.

------------------------------------------------------------------ X

## DECLARATION OF SERVICE

       I, Jerald Horowitz, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on January 3, 2008, I caused to be served the affidavit of Moon Wha Lee, sworn on January 2, 2008, and Defendant's Reply Memorandum of Law, dated January 3, 2008, upon the following counsel of record, by delivering a copy of same to the address set forth below, being the address designated by said attorney(s) for that purpose:

                       Leslie T. Annexstein
                       Ami T. Sanghvi
                       URBAN JUSTICE CENTER
                       123 William Street, 16th Floor
                       New York, New York 10038

                       Molly Doherty
                       Martha Weithman
                       West Side SRO Law Project
                       Goddard Riverside Comm. Center
                       647 Columbus Avenue
                       New York, New York 10025

Dated:     New York, New York
           January 3, 2008

                                         _____
                                         JERALD HOROWITZ (JH8395)

Index No. 07 CV 6769 (JSR)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANA SIERRA,

                       Plaintiff,

-against-

THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF BUILDINGS; PATRICIA J. LANCASTER, in her capacity as COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF BUILDINGS; NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; SHAUN DONOVAN, in his capacity as COMMISSIONER OF NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; and EMAD IBRAHEM,

                       Defendants.

## DECLARATION OF SERVICE

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*Address for Service of Papers*
*100 Church Street, Room 5-189*
*New York, N.Y. 10007*

*Of Counsel: Jerald Horowitz*
*Tel: (212) 442-0589*
*NYCLIS No.2007-023070*