# EXHIBIT A

**U.S. Census Bureau**

# New York City Housing and Vacancy Survey (NYCHVS)

powered by Google

[Search This Site]

NYCHVS Main   Overview   What's New   Related Sites   FAQ

*\* Use a landscape orientation, with legal sized paper when printing this table.*

2005 NEW YORK CITY HOUSING AND VACANCY SURVEY
RENTER OCCUPIED HOUSING UNITS BY RENT REGULATION STATUS
SERIES IA - TABLE 15
NEW YORK CITY STRUCTURE CLASSIFICATION

|  | TOTAL RENTER OCCUPIED | CONTROLLED | TOTAL STABILIZED | STABILIZED BUILT PRE-1947 | STABILIZED BUILT 1947 OR LATER | MITCHELL LAMA | PUBLIC HOUSING | ALL OTHER RENTER HOUSING |
|---|---|---|---|---|---|---|---|---|
| TOTAL................... | 2027626 | 43317 | 1015655 | 726070 | 289584 | 58944 | 167539 | 742171 |
| MULTIPLE DWELLING UNITS.............. | 1754686 | 42240 | 1015253 | 725873 | 289380 | 58944 | 164507 | 473742 |
| OLD LAW TENEMENT (BLT BEFORE 1901). | 189197 | 8073 | 123695 | 119555 | 4140 | 0 | 0 | 57430 |
| NEW LAW TENEMENT (BLT 1901-1929)... | 537772 | 21849 | 424542 | 416349 | 8193 | 0 | 0 | 91380 |
| MULTIPLE, AFTER 1929 (INC PUB HOUS) | 680070 | 5938 | 321836 | 80576 | 241261 | 58944 | 164507 | 128845 |
| APARTMENT HOTEL BUILT BEFORE 1929.. | 12103 | 186 | 8924 | 8497 | 427 | 0 | 0 | 2993 |
| ONE-TWO FAMILY CONVERTED TO APTS... | 90791 | 2378 | 26778 | 23959 | 2820 | 0 | 0 | 61634 |
| COMMERCIAL BUILDING ALTERED TO APTS | 11726 | 0 | 5708 | 4282 | 1426 | 0 | 0 | 6018 |
| TENEMENT BLD - SINGLE ROOM OCCUP... | 5717 | 0 | 4831 | 4831 | 0 | 0 | 0 | 886 |
| 1-2 FAMILY CONV TO ROOMING HOUSE... | 9833 | 158 | 5077 | 5077 | 0 | 0 | 0 | 4598 |
| MISCELLANEOUS CLASS B STRUCTURE.... | 6336 | 0 | 3288 | 2035 | 1253 | 0 | 0 | 3047 |
| NOT FOUND......................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DATA NOT AVAILABLE................ | 211143 | 3658 | 90575 | 60714 | 29860 | 0 | 0 | 116910 |
| ONE OR TWO FAMILY HOUSE............. | 272940 | 1077 | 401 | 197 | 204 | 0 | 3032 | 268430 |