# EXHIBIT B

**U.S. Census Bureau**

# New York City Housing and Vacancy Survey (NYCHVS)



Search This Site

NYCHVS Main | Overview | What's New | Related Sites | FAQ

*\* Use a landscape orientation, with legal sized paper when printing this table.*

2005 NEW YORK CITY HOUSING AND VACANCY SURVEY
VACANT FOR RENT BY RENT REGULATION STATUS
SERIES IIA - TABLE 15
NEW YORK CITY STRUCTURE CLASSIFICATION

|  | TOTAL VACANT FOR RENT | TOTAL STABILIZED | STABILIZED BUILT PRE-1947 | STABILIZED BUILT 1947 OR LATER | MITCHELL LAMA | PUBLIC HOUSING | ALL OTHER VACANT FOR RENT |
|---|---|---|---|---|---|---|---|
| TOTAL..................... | 64737 | 28022 | 21261 | 6761 | 2949 | 3353 | 30414 |
| MULTIPLE DWELLING UNITS.................. | 55723 | 28022 | 21261 | 6761 | 2738 | 3353 | 21610 |
| OLD LAW TENEMENT (BLT BEFORE 1901).... | 6280 | 4530 | 4326 | 204 | 0 | 0 | 1751 |
| NEW LAW TENEMENT (BLT 1901-1929)...... | 14994 | 10689 | 10689 | 0 | 0 | 0 | 4305 |
| MULTIPLE, AFTER 1929 (INC PUB HOUSING) | 21924 | 6944 | 1778 | 5166 | 2738 | 3353 | 8890 |
| APARTMENT HOTEL BUILT BEFORE 1929..... | 145 | 145 | 145 | 0 | 0 | 0 | 0 |
| ONE-TWO FAMILY CONVERTED TO APTS...... | 4023 | 1172 | 1172 | 0 | 0 | 0 | 2851 |
| COMMERCIAL BUILDING ALTERED TO APTS... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TENEMENT BLDG - SINGLE ROOM OCCUPANCY. | 188 | 188 | 188 | 0 | 0 | 0 | 0 |
| 1-2 FAMILY CONV TO ROOMING HOUSE...... | 965 | 793 | 793 | 0 | 0 | 0 | 173 |
| MISCELLANEOUS CLASS B STRUCTURE....... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NOT FOUND..................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DATA NOT AVAILABLE................... | 7202 | 3562 | 2172 | 1390 | 0 | 0 | 3640 |
| ONE OR TWO FAMILY HOUSE................ | 9014 | 0 | 0 | 0 | 211 | 0 | 8804 |