# EXHIBIT A

Hanson Affidavit
Exhibit A

| Zip Code | Bdg # | Street | St. Suffix | CB | Tract | Block | Lot | A Units | B Units | Notes, KAH |
|---|---|---|---|---|---|---|---|---|---|---|
| 10011 | 146 | Eighth | Ave | 4 | 81 | 767 | 2 | 0 | 79 | |
| 10025 | 2612 | Broadway | | 7 | 187 | 1870 | 45 | 1 | 147 | |
| 10025 | 2651 | Broadway | | 7 | 187 | 1872 | 54 | 1 | 126 | |
| 10025 | 129 | Manhattan | Ave | 7 | 189 | 1841 | 14 | 1 | 7 | |
| 10025 | 216 | W 100 | St | 7 | 187 | 1871 | 42 | 6 | 321 | primary HPD listing is as 2632 Broadway |
| 10025 | 230 | W 101 | St | 7 | 187 | 1872 | 54 | 1 | 126 | primary HPD listing is as 2651 Broadway |
| 10025 | 19 | W 103 | St | 7 | 189 | 1839 | 20 | 7 | 46 | |
| 10011 | 215 | W 14 | St | 4 | 81 | 764 | 30 | 0 | 18 | |
| 10011 | 131 | W 15 | St | 4 | 81 | 791 | 22 | 2 | 15 | possible duplicate of 133 W 15; see website |
| 10011 | 133 | W 15 | St | 4 | 81 | 791 | 22 | | | |
| 10011 | 208 | W 15 | St | 4 | 81 | 764 | 44 | 1 | 12 | |
| 10011 | 342 | W 15 | St | 4 | 83 | 738 | 63 | 2 | 10 | |
| 10011 | 344 | W 15 | St | 4 | 83 | 738 | 64 | 0 | 13 | |
| 10011 | 315 | W 18 | St | 4 | 89 | 742 | 27 | 1 | 15 | |
| 10011 | 336 | W 19 | St | 4 | 89 | 742 | 58 | 0 | 29 | |
| 10011 | 212 | W 20 | St | 4 | 87 | 769 | 46 | 0 | 17 | |
| 10011 | 214 | W 20 | St | 4 | 87 | 769 | 47 | 0 | 22 | |
| 10011 | 231 | W 20 | St | 4 | 87 | 770 | 23 | 1 | 12 | |
| 10011 | 310 | W 20 | St | 4 | 89 | 743 | 52 | 0 | 34 | |
| 10011 | 343 | W 20 | St | 4 | 89 | 744 | 15 | 1 | 10 | |
| 10011 | 345 | W 20 | St | 4 | 89 | 744 | 14 | 1 | 15 | |
| 10011 | 352 | W 20 | St | 4 | 89 | 743 | 75 | 1 | 11 | |
| 10011 | 354 | W 20 | St | 4 | 89 | 743 | 76 | 1 | 10 | |
| 10011 | 246 | W 21 | St | 4 | 87 | 770 | 65 | 0 | 28 | |
| 10011 | 255 | W 21 | St | 4 | 87 | 771 | 10 | 1 | 8 | |
| 10011 | 331 | W 22 | St | 4 | 93 | 746 | 20 | 0 | 18 | |
| 10011 | 338 | W 22 | St | 4 | 89 | 745 | 58 | 0 | 21 | |
| 10011 | 442 | W 22 | St | 4 | 89 | 719 | 66 | 0 | 23 | |
| 10011 | 219 | W 24 | St | 4 | 91 | 774 | 24 | 0 | 16 | same lot as 221 W 24 |
| 10011 | 221 | W 24 | St | 4 | 91 | 774 | 24 | | | |
| 10001 | 333 | W 29 | St | 4 | 97 | 753 | 19 | 0 | 29 | |
| 10001 | 351 | W 29 | St | 4 | 97 | 753 | 10 | 0 | 29 | |
| 10001 | 304 | W 30 | St | 4 | 97 | 753 | 46 | 6 | 13 | |
| 10001 | 315 | W 30 | St | 4 | 103 | 754 | 30 | 0 | 18 | |
| 10001 | 317 | W 30 | St | 4 | 103 | 754 | 29 | 1 | 14 | |
| 10001 | 319 | W 30 | St | 4 | 103 | 754 | 28 | 1 | 16 | |
| 10001 | 321 | W 30 | St | 4 | 103 | 754 | 27 | 1 | 15 | |
| 10011 | 323 | W 30 | St | 4 | 103 | 754 | 26 | 1 | 18 | |
| 10001 | 325 | W 30 | St | 4 | 103 | 754 | 25 | 1 | 17 | |

Hanson Affidavit
Exhibit A

| Zip Code | Bdg # | Street | St. Suffix | CB | Tract | Block | Lot | A Units | B Units | Notes, KAH |
|---|---|---|---|---|---|---|---|---|---|---|
| 10001 | 353 | W 30 | St | 4 | 103 | 754 | 12 | 0 | 24 | |
| 10001 | 355 | W 30 | St | 4 | 103 | 754 | 11 | | | does not appear in HPD search |
| 10001 | 360 | W 30 | St | 4 | 97 | 753 | 74 | 0 | 31 | |
| 10001 | 366 | W 30 | St | 4 | 97 | 753 | 77 | 0 | 18 | |
| 10001 | 456 | W 35 | St | 4 | 111 | 732 | 68 | 5 | 45 | |
| 10036 | 360 | W 45 | St | 4 | 121 | 1035 | 60 | 2 | 77 | |
| 10036 | 358 | W 46 | St | 4 | 121 | 1036 | 57 | 1 | 12 | |
| 10036 | 359 | W 46 | St | 4 | 127 | 1037 | 7 | 1 | 11 | |
| 10036 | 369 | W 46 | St | 4 | 127 | 1037 | 103 | 1 | 11 | |
| 10036 | 359 | W 47 | St | 4 | 127 | 1038 | 101 | 0 | 23 | |
| 10036 | 455 | W 47 | St | 4 | 127 | 1057 | 9 | 1 | 15 | |
| 10019 | 330 | W 51 | St | 4 | 133 | 1041 | 47 | 10 | 70 | |
| 10019 | 358 | W 51 | St | 4 | 133 | 1041 | 57 | 11 | 74 | |
| 10019 | 360 | W 53 | St | 4 | 133 | 1043 | 59 | 5 | 26 | |
| 10019 | 335 | W 55 | St | 4 | 139 | 1046 | 117 | 0 | 15 | |
| 10019 | 337 | W 55 | St | 4 | 139 | 1046 | 17 | 1 | 12 | |
| 10019 | 354 | W 56 | St | 4 | 139 | 1046 | 160 | 0 | 79 | |
| 10023 | 16 | W 69 | St | 7 | 153 | 1121 | 40 | 6 | 12 | |
| 10023 | 30 | W 69 | St | 7 | 153 | 1121 | 46 | 6 | 9 | |
| 10023 | 32 | W 69 | St | 7 | 153 | 1121 | 47 | 9 | 6 | |
| 10023 | 52 | W 69 | St | 7 | 153 | 1121 | 56 | 9 | 9 | |
| 10023 | 115 | W 70 | St | 7 | 157 | 1142 | 24 | 2 | 385 | |
| 10023 | 148 | W 70 | St | 7 | 153 | 1141 | 50 | 5 | 12 | |
| 10023 | 108 | W 71 | St | 7 | 157 | 1142 | 136 | 1 | 14 | |
| 10023 | 116 | W 71 | St | 7 | 157 | 1142 | 39 | 5 | 11 | |
| 10023 | 219 | W 71 | St | 7 | 159 | 1163 | 23 | 3 | 15 | |
| 10023 | 276 | W 71 | St | 7 | 159 | 1162 | 161 | 0 | 14 | |
| 10023 | 342 | W 71 | St | 7 | 159 | 1182 | 49 | 0 | 126 | |
| 10023 | 346 | W 71 | St | 7 | 159 | 1182 | 51 | 0 | 119 | |
| 10023 | 350 | W 71 | St | 7 | 159 | 1182 | 53 | 0 | 114 | |
| 10023 | 136 | W 73 | St | 7 | 157 | 1144 | 47 | 5 | 10 | |
| 10023 | 144 | W 73 | St | 7 | 157 | 1144 | 50 | 0 | 16 | |
| 10023 | 152 | W 73 | St | 7 | 157 | 1144 | 153 | 2 | 12 | |
| 10023 | 262 | W 73 | St | 7 | 159 | 1164 | 57 | 1 | 12 | |
| 10023 | 231 | W 74 | St | 7 | 163 | 1166 | 14 | 0 | 12 | |
| 10023 | 233 | W 74 | St | 7 | 163 | 1166 | 13 | 0 | 12 | |
| 10023 | 37 | W 75 | St | 7 | 161 | 1128 | 13 | 0 | 12 | |
| 10023 | 320 | W 75 | St | 7 | 163 | 1184 | 101 | 0 | 19 | |
| 10023 | 118 | W 76 | St | 7 | 161 | 1147 | 41 | 4 | 13 | |
| 10023 | 151 | W 76 | St | 7 | 161 | 1148 | 112 | 0 | 15 | |
| 10023 | 319 | W 76 | St | 7 | 163 | 1185 | 58 | 0 | 21 | |
| 10024 | 315 | W 77 | St | 7 | 163 | 1186 | 15 | 0 | 19 | |

Hanson Affidavit
Exhibit A

| Zip Code | Bdg # | Street | St. Suffix | CB | Tract | Block | Lot | A Units | B Units | Notes, KAH |
|---|---|---|---|---|---|---|---|---|---|---|
| 10024 | 161 | W 78 | St | 7 | 165 | 1150 | 7 | 2 | 15 | |
| 10024 | 217 | W 79 | St | 7 | 167 | 1227 | 123 | 0 | 8 | |
| 10024 | 224 | W 79 | St | 7 | 167 | 1170 | 44 | 0 | 10 | |
| 10024 | 104 | W 80 | St | 7 | 165 | 1210 | 38 | 5 | 9 | |
| 10024 | 129 | W 81 | St | 7 | 165 | 1212 | 22 | 1 | 13 | |
| 10024 | 155 | W 83 | St | 7 | 169 | 1214 | 12 | 0 | 34 | |
| 10024 | 314 | W 83 | St | 7 | 171 | 1245 | 32 | 1 | 6 | |
| 10024 | 339 | W 84 | St | 7 | 171 | 1246 | 17 | 1 | 13 | |
| 10024 | 45 | W 85 | St | 7 | 169 | 1199 | 16 | 1 | 16 | |
| 10024 | 125 | W 85 | St | 7 | 169 | 1216 | 119 | 3 | 10 | |
| 10024 | 167 | W 85 | St | 7 | 169 | 1216 | 104 | 0 | 11 | |
| 10024 | 209 | W 85 | St | 7 | 171 | 1233 | 25 | 1 | 91 | |
| 10024 | 336 | W 85 | St | 7 | 171 | 1246 | 49 | 0 | 159 | |
| 10024 | 345 | W 86 | St | 7 | 175 | 1248 | 11 | 2 | 253 | primary HPD listing is as 343 W 86 |
| 10024 | 201 | W 87 | St | 7 | 175 | 1235 | 29 | 0 | 57 | primary HPD listing is as 560 Amsterdam Ave |
| 10024 | 350 | W 88 | St | 7 | 175 | 1249 | 54 | 1 | 150 | |
| 10024 | 23 | W 90 | St | 7 | 177 | 1204 | 21 | 0 | 16 | |
| 10024 | 271 | W 90 | St | 7 | 179 | 1238 | 5 | 3 | 14 | |
| 10024 | 42 | W 91 | St | 7 | 177 | 1204 | 21 | 2 | 8 | |
| 10025 | 315 | W 94 | St | 7 | 183 | 1253 | 13 | 0 | 201 | |
| 10025 | 319 | W 94 | St | 7 | 183 | 1253 | 10 | 25 | 148 | |
| 10025 | 206 | W 95 | St | 7 | 179 | 1242 | 37 | 1 | 114 | |
| 10025 | 316 | W 95 | St | 7 | 183 | 1253 | 38 | 1 | 191 | |
| 10025 | 330 | W 95 | St | 7 | 183 | 1253 | 41 | 6 | 207 | |
| 10025 | 256 | W 97 | St | 7 | 183 | 1868 | 59 | 0 | 116 | |
| 10025 | 305 | W 97 | St | 7 | 183 | 1887 | 48 | 1 | 97 | |
| 10025 | 260 | W 99 | St | 7 | 187 | 1870 | 60 | 0 | 38 | |
| 10024 | 483 | West End | Ave | 7 | 171 | 1245 | 70 | 1 | 129 | |
| 10025 | 732 | West End | Ave | 7 | 183 | 1243 | 163 | 2 | 7 | |
| 10025 | 930 | West End | Ave | 7 | 191 | 1877 | 63 | 0 | 140 | primary HPD listing is as 2749 Broadway |
| 10024 | 2350 | Broadway | | | | | | 0 | 307 | |
| 10024 | 378 | West End | Ave | | | | | 1 | 90 | |
| 10024 | 80 | Riverside | Dr | | | | | 1 | 116 | |
| 10024 | 58 | W 91 | St | | | | | 5 | 7 | |
| 10024 | 340 | Amsterdam | Ave | | | | | 0 | 35 | |
| 10024 | 212 | W 91 | St | | | | | 0 | 377 | primary HPD listing is as 2450 Broadway |
| 10024 | 165 | W 87 | St | | | | | 8 | 0 | |
| 10024 | 44 | W 87 | St | | | | | | | does not appear in HPD search |
| 10024 | 209 | W 87 | St | | | | | 1 | 62 | |

Hanson Affidavit
Exhibit A

| Zip Code | Bdg # | Street | St. Suffix | CB | Tract | Block | Lot | A Units | B Units | Notes, KAH |
|---|---|---|---|---|---|---|---|---|---|---|
| 10024 | 12 | W 87 | St | | | | | 9 | 4 | |
| 10024 | 250 | W 77 | St | | | | | 2 | 240 | primary HPD listing is as 2171 Broadway |
| 10024 | 222 | W 77 | St | | | | | 4 | 422 | primary HPD listing is as 2170 Broadway |
| 10024 | 168 | W 77 | St | | | | | 8 | 7 | |
| 10024 | 170 | W 77 | St | | | | | 9 | 2 | |
| 10024 | 326 | W 77 | St | | | | | 8 | 2 | |
| 10024 | 176 | W 81 | St | | | | | 11 | 0 | |
| 10024 | 120 | W 81 | St | | | | | 7 | 5 | |
| 10024 | 205 | W 85 | St | | | | | 0 | 70 | |
| 10024 | 207 | W 85 | St | | | | | 1 | 91 | |
| 10024 | 12 | W 85 | St | | | | | 9 | 1 | |
| 10024 | 57 | W 85 | St | | | | | 4 | 12 | |
| 10024 | 25 | W 88 | St | | | | | 1 | 0 | see HPD website, may be "inactive" |
| 10024 | 276 | W 86 | St | | | | | 10 | 0 | |
| 10024 | 333 | W 86 | St | | | | | 216 | 5 | primary HPD listing is as 331 W 86 |
| 10024 | 340 | W 86 | St | | | | | 70 | 0 | |
| 10024 | 21 | W 86 | St | | | | | 154 | 0 | primary HPD listing is as 17 W 86 |
| 10024 | 45 | W 84 | St | | | | | 5 | 10 | |
| 10024 | 307 | W 79 | St | | | | | 1 | 227 | |
| 10024 | 117 | W 79 | St | | | | | 0 | 108 | |
| 10024 | 201 | W 79 | St | | | | | 0 | 266 | primary HPD listing is as 400 Amsterdam Ave |
| 10024 | 140 | W 79 | St | | | | | 69 | 0 | |
| 10024 | 321 | W 80 | St | | | | | 16 | 0 | |
| 10024 | 321 | W 89 | St | | | | | 8 | 4 | |
| 10024 | 4 | W 83 | St | | | | | 4 | 0 | |
| 10024 | 106-08 | W 83 | St | | | | | 0 | 49 | |
| 10025 | 2688 | Broadway | | | | | | 1 | 46 | |
| 10025 | 2528 | Broadway | | | | | | 78 | 45 | |
| 10025 | 2508 | Broadway | | | | | | 69 | 24 | |
| 10025 | 235 | W 107 | St | | | | | 1 | 93 | |
| 10025 | 237 | W 107 | St | | | | | 2 | 85 | primary HPD listing is as 239 W 107 |
| 10025 | 54 | W 105 | St | | | | | 2 | 36 | |
| 10025 | 55 | W 110 | St | | | | | 2 | 195 | primary HPD listing is as 2 Lenox Ave |
| 10025 | 600 | W 113 | St | | | | | 4 | 290 | primary HPD listing is as 2891 Broadway |

Hanson Affidavit
Exhibit A

| Zip Code | Bdg # | Street | St. Suffix | CB | Tract | Block | Lot | A Units | B Units | Notes, KAH |
|---|---|---|---|---|---|---|---|---|---|---|
| 10025 | 850 | West End | Ave | | | | | 0 | 106 | |
| 10025 | 936 | West End | Ave | | | | | 0 | 131 | primary HPD listing is as 2753 Broadway |
| 10025 | 666 | West End | Ave | | | | | 403 | 0 | primary HPD listing is as 660 West End Ave |
| 10025 | 312 | W 109 | St | | | | | 2 | 160 | |
| 10025 | 316 | W 97 | St | | | | | 1 | 142 | |
| 10025 | 19 | W 103 | St | | | | | 7 | 46 | |
| 10025 | 465 | Central Park West | | | | | | 0 | 89 | |
| 10025 | 215 | W 94 | St | | | | | 0 | 434 | primary HPD listing is as 2520 Broadway |
| 10025 | 306 | W 94 | St | | | | | 2 | 114 | |
| 10025 | 308 | W 94 | St | | | | | 0 | 111 | |
| 10025 | 211 | W 101 | St | | | | | 1 | 101 | |
| 10025 | 34 | W 106 | St | | | | | 0 | 52 | |
| 10025 | 312 | W 93 | St | | | | | 1 | 109 | |
| 10025 | 244 | W 99 | St | | | | | 1 | 197 | primary HPD listing is as 2609 Broadway |
| 10025 | 611 | W 112 | St | | | | | 2 | 134 | |
| 10025 | 142 | W 112 | St | | | | | 0 | 56 | primary HPD listing is as 1837 Adam C Powell Blvd |
| 10023 | 2130 | Broadway | | | | | | | | does not appear in HPD search |
| 10023 | 242 | W 76 | St | | | | | 131 | 0 | |
| 10023 | 150 | W 76 | St | | | | | 8 | 3 | |
| 10023 | 44 | W 63 | St | | | | | 0 | 514 | primary HPD listing is as 1889 Broadway |
| 10023 | 140 | W 69 | St | | | | | 112 | 136 | primary HPD listing is as 2012 Broadway |
| 10023 | 305 | West End | Ave | | | | | 171 | 0 | |
| 10023 | 166 | W 75 | St | | | | | 170 | 0 | primary HPD listing is as 164 W 75 |
| 10023 | 117 | W 75 | St | | | | | 8 | 4 | |
| 10023 | 256 | W 75 | St | | | | | 1 | 10 | |
| 10023 | 140 | W 75 | St | | | | | 9 | 8 | |
| 10023 | 102 | W 75 | St | | | | | 61 | 0 | primary HPD listing is as 306 Columbus Ave |
| 10023 | 250 | W 77 | St | | | | | 2 | 240 | primary HPD listing is as 2171 Broadway |
| 10023 | 222 | W 77 | St | | | | | 4 | 422 | primary HPD listing is as 2170 Broadway |
| 10023 | 168 | W 77 | St | | | | | 8 | 7 | |
| 10023 | 117 | W 70 | St | | | | | 2 | 385 | |
| 10023 | 31 | W 71 | St | | | | | 101 | 0 | |
| 10023 | 317 | W 71 | St | | | | | 6 | 2 | |

Hanson Affidavit
Exhibit A

| Zip Code | Bdg # | Street | St. Suffix | CB | Tract | Block | Lot | A Units | B Units | Notes, KAH |
|---|---|---|---|---|---|---|---|---|---|---|
| 10023 | 237 | W 74 | St | | | | | 0 | 0 | |
| 10023 | 130 | W 74 | St | | | | | 10 | 0 | |
| 10023 | 170 | W 74 | St | | | | | 152 | 7 | |
| 10023 | 15 | W 74 | St | | | | | 7 | 9 | |
| 10023 | 240 | W 73 | St | | | | | 76 | 142 | primary HPD listing is as 238 W 73 |
| 10023 | 141 | W 73 | St | | | | | 174 | 0 | |
| 10023 | 103 | W 73 | St | | | | | 0 | 15 | |
| 10023 | 270 | W 73 | St | | | | | 3 | 12 | |
| 10023 | 264 | W 73 | St | | | | | 9 | 0 | |
| 10023 | 250 | W 73 | St | | | | | 4 | 0 | |
| 10023 | 138 | W 73 | St | | | | | 4 | 0 | |
| 10023 | 12 | W 72 | St | | | | | 175 | 0 | |
| 10023 | 22 | W 72 | St | | | | | 172 | 0 | primary HPD listing is as 20 W 72 |
| 10023 | 311 | W 72 | St | | | | | 2 | 27 | |
| 10023 | 150 | W 72 | St | | | | | 7 | 0 | |
| 10036 | 684 | Ninth | Ave | | | | | 3 | 0 | |
| 10036 | 351 | W 42 | St | | | | | 0 | 307 | |
| 10036 | 255 | W 43 | St | | | | | 0 | 652 | |
| 10036 | 229 | W 43 | St | | | | | | | does not appear in HPD search |
| 10036 | 127 | W 43 | St | | | | | 0 | 346 | |
| 10036 | 400 | W 43 | St | | | | | 24 | 0 | primary HPD listing is as 400 A W 43 |
| 10036 | 147 | W 43 | St | | | | | 56 | 0 | |
| 10036 | 250 | W 43 | St | | | | | 0 | 602 | |
| 10036 | 342 | W 44 | St | | | | | | | does not appear in HPD search |
| 10036 | 351 | W 44 | St | | | | | 0 | 79 | |
| 10036 | 417 | W 44 | St | | | | | 0 | 18 | |
| 10036 | 120 | W 44 | St | | | | | 0 | 162 | |
| 10036 | 12 | W 44 | St | | | | | 0 | 157 | |
| 10036 | 300 | W 44 | St | | | | | 0 | 42 | primary HPD listing is as 699 8 Ave |
| 10036 | 317 | W 45 | St | | | | | 0 | 168 | |
| 10036 | 132 | W 45 | St | | | | | 0 | 81 | |
| 10036 | 305 | W 45 | St | | | | | 81 | 0 | |
| 10036 | 109 | W 45 | St | | | | | 91 | 48 | |
| 10036 | 300 | W 46 | St | | | | | 0 | 16 | Duplicate of row 231 |
| 10036 | 342 | W 46 | St | | | | | 1 | 8 | |
| 10036 | 360 | W 46 | St | | | | | 1 | 11 | |
| 10036 | 138 | W 46 | St | | | | | 0 | 12 | |
| 10036 | 300 | W 46 | St | | | | | | | |
| 10036 | 344 | W 46 | St | | | | | 4 | 6 | |

Hanson Affidavit
Exhibit A

| Zip Code | Bdg # | Street | St. Suffix | CB | Tract | Block | Lot | A Units | B Units | Notes, KAH |
|---|---|---|---|---|---|---|---|---|---|---|
| 10036 | 351 | W 46 | St | | | | | 6 | 0 | |
| 10036 | 368 | W 46 | St | | | | | 5 | 0 | |
| 10036 | 306 | W 46 | St | | | | | 0 | 15 | |
| 10036 | 235 | W 46 | St | | | | | 0 | 610 | |
| 10036 | 414 | W 46 | St | | | | | 0 | 22 | |
| 10036 | 157 | W 47 | St | | | | | 0 | 204 | |
| 10036 | 300 | W 48 | St | | | | | 0 | 17 | primary HPD listing is as 787 8th Ave |
| 10036 | 301 | W 48 | St | | | | | 0 | 46 | primary HPD listing is as 791 8th Ave |
| 10036 | 319 | W 48 | St | | | | | 0 | 406 | |
| 10036 | 231 | W 48 | St | | | | | | | does not appear in HPD search |
| 10019 | 354 | W 56 | St | | | | | 0 | 79 | |
| 10019 | 210 | W 55 | St | | | | | | | does not appear in HPD search |
| 10019 | 142 | W 49 | St | | | | | 113 | 0 | |
| 10019 | 220 | W 49 | St | | | | | 9 | 91 | |
| 10019 | 157 | W 47 | St | | | | | 0 | 204 | |
| 10019 | 226 | W 50 | St | | | | | 0 | 194 | primary HPD listing is as 224 W 50 |
| 10019 | 939 | Eighth | Ave | | | | | 0 | 0 | |
| 10019 | 854 | Eighth | Ave | | | | | 0 | 24 | |
| 10019 | 332 | W 51 | St | | | | | 10 | 70 | |
| 10019 | 318 | W 51 | St | | | | | 4 | 120 | |
| 10019 | 346 | W 53 | St | | | | | 9 | 0 | |
| 10019 | 338 | W 49 | St | | | | | 20 | 0 | |
| 10019 | 244 | W 56 | St | | | | | 5 | 0 | |
| 10019 | 871 | Seventh | Ave | | | | | | | does not appear in HPD search |
| 10019 | 330 | W 54 | St | | | | | | | does not appear in HPD search |
| 10019 | 210 | W 55 | St | | | | | | | |
| 10019 | 540 | W 55 | St | | | | | 397 | 0 | primary HPD listing is as 778 11 Ave |
| 10019 | 335 | W 55 | St | | | | | 0 | 15 | |
| 10019 | 204 | W 55 | St | | | | | 41 | 0 | |
| 10019 | 308 | W 58 | St | | | | | 0 | 97 | |
| 10019 | 158 | W 58 | St | | | | | 1 | 105 | |
| 10019 | 400 | W 57 | St | | | | | 6 | 150 | |
| 10019 | 440 | W 57 | St | | | | | 0 | 606 | primary HPD listing is as 423 W 56 |
| 10019 | 353 | W 57 | St | | | | | 0 | 888 | |
| 10019 | 154 | W 57 | St | | | | | | | does not appear in HPD search |
| 10019 | 101 | W 57 | St | | | | | 134 | 0 | primary HPD listing is as 1401 6 Ave |
| 10019 | 475 | W 57 | St | | | | | 0 | 277 | |

Hanson Affidavit
Exhibit A

| Zip Code | Bdg # | Street | St. Suffix | CB | Tract | Block | Lot | A Units | B Units | Notes, KAH |
|---|---|---|---|---|---|---|---|---|---|---|
| 10019 | 457 | W 57 | St | | | | | 238 | 0 | |
| 10001 | 151 | W 30 | St | | | | | 0 | 0 | |
| 10001 | 341 | W 30 | St | | | | | 1 | 23 | |
| 10001 | 300 | W 30 | St | | | | | 0 | 18 | primary HPD listing is as 401 8 Ave |
| 10001 | 242 | W 30 | St | | | | | 2 | 0 | |
| 10001 | 224 | W 30 | St | | | | | 0 | 0 | |
| 10001 | 466 | W 26 | St | | | | | 142 | 0 | primary HPD listing is as 446 W 26 |
| 10001 | 18 | W 25 | St | | | | | 0 | 110 | |
| 10001 | 280 | W 25 | St | | | | | 0 | 11 | |
| 10001 | 454 | W 35 | St | | | | | 5 | 45 | primary HPD listing is as 456 W 35 |
| 10001 | 45 | W 35 | St | | | | | 109 | 51 | primary HPD listing is as 43 W 35 |
| 10001 | 42 | W 35 | St | | | | | 3 | 132 | primary HPD listing is as 40 W 35 |
| 10001 | 261 | W 28 | St | | | | | | | see HPD website, may be "inactive" |
| 10001 | 4 | W 31 | St | | | | | 0 | 280 | |
| 10001 | 38 | W 31 | St | | | | | 0 | 348 | primary HPD listing is as 1230 Broadway |
| 10001 | 17 | W 32 | St | | | | | 0 | 197 | |
| 10001 | 39 | W 27 | St | | | | | 0 | 75 | |
| 10001 | 26 | W 27 | St | | | | | 26 | 0 | |
| 10001 | 242 | W 27 | St | | | | | 0 | 0 | |
| 10001 | 1234 | Broadway | | | | | | 0 | 348 | primary HPD listing is as 1230 Broadway |
| 10001 | 1186 | Broadway | | | | | | 35 | 276 | |
| 10001 | 419 | W 34 | St | | | | | 1 | 392 | primary HPD listing is as 413 W 34 |
| 10001 | 330 | W 34 | St | | | | | 0 | 0 | |
| 10001 | 215 | W 34 | St | | | | | 0 | 145 | |
| 10001 | 321 | W 33 | St | | | | | | | see HPD website, may be "inactive" |
| 10001 | 450 | W 33 | St | | | | | 0 | 0 | |
| 10001 | 370 | Eighth | Ave | | | | | 0 | 107 | |
| 10001 | 481 | Eighth | Ave | | | | | 0 | 1914 | |
| 10001 | 389 | Eighth | Ave | | | | | 0 | 17 | |
| 10001 | 368 | Eighth | Ave | | | | | 0 | 26 | |
| 10001 | 307 | Seventh | Ave | | | | | 0 | 0 | |
| 10011 | 184 | Eleventh | Ave | | | | | | | does not appear in HPD search |
| 10011 | 162 | Eleventh | Ave | | | | | 0 | 21 | |
| 10011 | 188 | Eleventh | Ave | | | | | 0 | 0 | |

Hanson Affidavit
Exhibit A

| Zip Code | Bdg # | Street | St. Suffix | CB | Tract | Block | Lot | A Units | B Units | Notes, KAH |
|---|---|---|---|---|---|---|---|---|---|---|
| 10011 | 309 | W 14 | St | | | | | 0 | 59 | |
| 10011 | 251 | W 14 | St | | | | | 0 | 28 | |
| 10011 | 152 | W 14 | St | | | | | 0 | 24 | |
| 10011 | 139 | W 14 | St | | | | | 1 | 21 | |
| 10011 | 317 | W 14 | St | | | | | 5 | 25 | |
| 10011 | 148 | W 14 | St | | | | | 0 | 24 | |
| 10011 | 150 | W 14 | St | | | | | 0 | 24 | |
| 10011 | 39 | W 14 | St | | | | | | | does not appear in HPD search |
| 10011 | 251 | W 15 | St | | | | | 10 | 19 | |
| 10011 | 123 | W 15 | St | | | | | 0 | 25 | |
| 10011 | 140 | W 15 | St | | | | | 0 | 20 | |
| 10011 | 156 | W 15 | St | | | | | 9 | 1 | |
| 10011 | 123 | W 15 | St | | | | | 0 | 25 | |
| 10011 | 101 | W 15 | St | | | | | 178 | 0 | primary HPD listing is as 571 6 Ave |
| 10011 | 49 | W 16 | St | | | | | 5 | 4 | |
| 10011 | 48 | W 17 | St | | | | | 0 | 19 | |
| 10011 | 46 | W 17 | St | | | | | 0 | 19 | |
| 10011 | 105 | W 17 | St | | | | | 18 | 0 | |
| 10011 | 244 | W 18 | St | | | | | 0 | 29 | |
| 10011 | 53 | W 19 | St | | | | | 6 | 0 | |
| 10011 | 347 | W 19 | St | | | | | 0 | 10 | |
| 10011 | 432 | W 20 | St | | | | | 0 | 14 | primary HPD listing is as 430 W 20 |
| 10011 | 253 | W 20 | St | | | | | 0 | 14 | |
| 10011 | 259 | W 20 | St | | | | | 0 | 14 | |
| 10011 | 255 | W 20 | St | | | | | 0 | 14 | |
| 10011 | 355 | W 20 | St | | | | | 1 | 20 | |
| 10011 | 351 | W 21 | St | | | | | 0 | 11 | |
| 10011 | 242 | W 21 | St | | | | | 12 | 0 | |
| 10011 | 48 | Ninth | Ave | | | | | 4 | 0 | primary HPD listing is as 44 9 Ave |
| 10011 | 148 | Eighth | Ave | | | | | | | does not appear in HPD search |
| 10011 | 203 | Eighth | Ave | | | | | 0 | 12 | |
| 10011 | 172 | Seventh | Ave | | | | | 0 | 18 | |
| 10011 | 257 | W 22 | St | | | | | 19 | 0 | primary HPD listing is as 255 W 22 |
| 10011 | 302 | W 22 | St | | | | | 0 | 122 | primary HPD listing is as 231 8 Ave |
| 10011 | 234-6 | W 22 | St | | | | | 1 | 0 | |
| 10011 | 415 | W 22 | St | | | | | 9 | 6 | |
| 10011 | 559 | W 22 | St | | | | | 0 | 21 | primary HPD listing is as 162 11 Ave |

Hanson Affidavit
Exhibit A

| Zip Code | Bdg # | Street | St. Suffix | CB | Tract | Block | Lot | A Units | B Units | Notes, KAH |
|---|---|---|---|---|---|---|---|---|---|---|
| 10011 | 527 | W 22 | St | | | | | 50 | 0 | primary HPD listing is as 531 W 22 |
| 10011 | 247 | W 22 | St | | | | | 150 | 0 | primary HPD listing is as 233 W 22 |
| 10011 | 25 | W 24 | St | | | | | 0 | 44 | |
| 10011 | 206 | W 24 | St | | | | | 0 | 245 | primary HPD listing is as 213 W 23 |
| 10011 | 253 | W 24 | St | | | | | 0 | 108 | primary HPD listing is as 257 W 24 |
| 10011 | 258-60 | W 24 | St | | | | | 1 | 0 | |
| 10011 | 202 | W 24 | St | | | | | 0 | 207 | |
| 10011 | 350 | W 23 | St | | | | | 0 | 35 | |
| 10011 | 222 | W 23 | St | | | | | 85 | 170 | primary HPD listing is as 216 W 23 |
| 10011 | 364 | W 23 | St | | | | | 0 | 15 | |
| 10011 | 362 | W 23 | St | | | | | 0 | 11 | |
| 10011 | 118 | W 23 | St | | | | | 44 | 0 | |
| 10011 | 215 | W 23 | St | | | | | 0 | 245 | primary HPD listing is as 213 W 23 |