**MOON WHA LEE, Ph.D.**
100 Gold Street
New York, NY 10038
(212) 863-7940

## EDUCATION

| | |
|---|---|
| Columbia University<br>Graduate School of Arts and Sciences<br>DOCTOR OF PHILOSOPHY in Urban Planning | October 1983 |
| Columbia University<br>Graduate School of Arts and Sciences<br>MASTER OF PHILOSOPHY in Urban Planning | May 1980 |
| New York University<br>Graduate School of Public Administration<br>MASTER OF URBAN PLANNING | June 1976 |
| Yonsei University<br>Seoul, Korea<br>Graduate School of Business Administration<br>MASTER OF BUSINESS ADMINISTRATION | September 1971 |
| Hankook University of Foreign Affairs<br>Seoul, Korea<br>BACHELOR OF SCIENCE in German Affairs<br>and Language | February 1964 |

## AWARD

**ROBERT C. WEINBERG PRIZE FOR ACADEMIC EXCELLENCE**, awarded by the American Institute of Planners, New York Metropolitan Chapter, at the annual meeting in June 1978.

## TEACHING EXPERIENCE

**Urban Planning Department**
**Graduate School of Architecture, Planning and Preservation**
**Columbia University**

2

**AU.IUNCT ASSOCIATE PROFESSOR**   September 1993 to    June 1999

Taught a <u>housing market analysis</u> course, the main objective of which is to help graduate students acquire a clear understanding of the structure and operation of housing markets in large metropolitan cities, focusing on New York City. The course covered both the private and public housing markets. Specifically, it was designed to help students acquire, first, a familiarity with the basic concepts of housing markets; second, the necessary knowledge to operationalize housing market questions; third, the professional knowledge to perform a housing market analysis; fourth, the ability to determine causes and processes of current major housing market situations; and, finally, the ability to evaluate policy and planning implications of the causes and processes of these housing situations.

Taught a <u>research design course</u> designed to help graduate students acquire the capability to prepare a thesis outline and thesis on time and in the manner and form required by the School. Specifically, helped students in gaining the ability to define the specific issues they choose to cover in their theses, conceptualize and operationalize the issues, define the scope and depth of their theses, select the appropriate analytic methods and techniques they can apply. determine the sources of data needed to analyze, and discuss potential policy and planning implications of the findings of their theses.

Taught a <u>planning research and evaluation methods course</u> designed to help graduate students become familiar enough with the essential components and procedures of major methods and techniques of planning research and evaluation to be able to select the most appropriate method and technique for research and/or analysis in the planning process, policy-making, and in performing evaluations. Specifically, helped students in becoming capable of operationalizing and measuring issues to be researched; in gaining the ability to become familiar with underlying concepts and appropriate applications and their advantages and limitations; in becoming familiar with the intricacies of specific components and the procedures of major methods and techniques; and in acquiring experience in applying major methods and techniques.

**City and Regional Planning Program**
**Pratt Institute**

**VISITING PROFESSOR**                September 1996 to June 1999

**VISITING ASSOCIATE PROFESSOR**     January 1990 to August 1996

Taught a <u>housing analysis methods course</u> designed to help graduate students become familiar with major analysis methods that can be used for analyzing housing planning,

3

program, management, and policy issues. Specifically, helped students become familiar with fundamental housing concepts; equipped students with the necessary knowledge to operationalize housing issues in question; and introduced students to basic methods and techniques that can be used in analyzing housing issues, so that students could learn to conceptualize and operationalize housing issues and select the most appropriate methods and techniques to be used in analyzing the issues.

Taught a <u>housing market and public policy course</u> designed to help graduate students acquire the capability to analyze housing policies with a clear understanding of the structure and operation of housing markets. Specifically, helped equip students with the necessary knowledge to perform a basic housing market analysis, the ability to determine causes and processes of current major housing problems, and the ability to evaluate policy implications of the causes and processes of housing problems.

Taught a <u>demonstration of professional competence course</u>, designed to help students in the preparation of a thesis, Special Planning Project (SPP), or Employment Professional Project (EPP), as a final requirement for the master's degree. Specifically, helped students in gaining the ability to define the specific issues they chose to cover in their theses, SPPs, or EPPs; conceptualize and operationalize the issues; define the scope and depth of their theses, SPPs, or EPPs; select the appropriate analytic methods and techniques they could apply, determine the sources of data they needed to analyze, and discuss policy and planning implications of the findings of their work; and, in addition, helped students in familiarizing themselves with procedures commonly used in carrying out research in planning and other social science fields. Also, supervised and advised students individually on the preparation of theses, SPPs, or EPPs in the manner and form specified in the Guidelines for Preparing a Demonstration of Professional Competence.

Served as a member of the Curriculum Committee, reviewing the current curriculum of the Graduate Center for Planning and the Environment and making recommendations for changes in the curriculum (September 1992 to present).

Served as a member of the New Faculty Search Committee (September 1993 to Spring 1994).

Drafted the academic statement for the City and Regional Planning Program to be included in the catalogue (Fall 1992).

**Urban Planning Department**
**Graduate School of Architecture, Planning and Preservation**
**Columbia University**

**ADJUNCT ASSISTANT PROFESSOR**

**OF URBAN PLANNING**                          September 1981 to May 1983

Taught a housing market analysis course designed to equip advanced master's and doctoral students with the necessary knowledge of theories and methodologies to define housing policy problems in question in terms of their economic, social, physical, and political aspects; to analyze causes of problems; and to evaluate policy implications of causes of problems and develop policy options at the city, regional, and national levels.

In addition, supervised and advised graduate planning students undertaking policy-oriented research and analysis or preparing theses in housing, urban economics, and other urban areas.

## SELECTED RESEARCH AND OTHER PROFESSIONAL WORK EXPERIENCE

**Office of the Commissioner**
**Department of Housing Preservation and Development**
**City of New York**

**ASSISTANT COMMISSIONER FOR HOUSING**
**POLICY ANALYSIS**
**AND STATISTICAL RESEARCH**               October 2000 to present

Directed and coordinated projects designed to estimate the number and identify the addresses of housing units created through conversions (from non-residential structures to residential structures) and alterations (from residential to residential). Outcomes of the projects are being used to update the sample for the 2008 New York City Housing and Vacancy Survey (HVS).

Writing the comprehensive housing market analysis report *Housing New York City 2005*, to be released in spring 2008.

Direct and coordinate work carried out with the U.S. Bureau of the Census to plan, design, and implement the 2008 HVS, as required by State and City rentregulation laws.

Authored the report "Additional Findings of the 2005 HVS" (May 2006). The report covers many findings of the 2005 New York City Housing and Vacancy Survey (HVS) that the Mayor, Deputy Mayors, Commissioner, and other policy makers, planners, and program officers in the public and private sectors should be familiar with.

- Prepared the report "Selected Findings of the 2005 New York City Housing and Vacancy Survey," which was submitted to the City Council for its determination of whether a housing emergency continued to exist in the City, as a condition for the continuation of rent control and rent stabilization, as required by State and City rent laws (February 2006).

- Directed and coordinated work carried out with the U.S. Bureau of the Census to plan, design, and implement the 2005 HVS, as required by State and City rent-regulation laws.

- Authored the comprehensive housing market analysis report, *Housing New York City 2002*, completed in July 2006 (574 pages). Using data from the 2002 and previous New York City Housing and Vacancy Surveys (HVSs), the report covers the major structural and operational components of New York City's housing market in six chapters: "Residential Population and Households"; "Household Incomes in New York City"; "New York City's Housing Inventory"; "Housing Vacancies and Vacancy Rates"; "Rent Levels in New York City"; and "Housing Condition in New York City."

- Authored the report "Additional Findings of the 2002 HVS" (June 2003). The report covers many findings of the 2002 New York City Housing and Vacancy Survey (HVS) that the Mayor, Deputy Mayors, Commissioner, and other policy makers, planners, and program officers in the public and private sectors should be familiar with.

- Authored the report "The 2002 HVS Third-Party Transfer Survey" (September 2003) and submitted it to the City's Mayor's Office of Management and Budget. The report analyzed findings of the 2002 HVS Third-Party Transfer (TPT) Survey, designed and conducted by the U.S. Bureau of the Census to provide data on characteristics of TPT units and households in them.

- Prepared the Mayor's press release on the initial findings of the 2002 HVS (February 2003) and the Commissioner's testimony to the City Council relating to the initial findings of the 2002 HVS (February 2003).

- Prepared the report "Selected Findings of the 2002 New York City Housing and Vacancy Survey," which was submitted to the City Council for its determination of whether a housing emergency continued to exist in the City, as a condition for the continuation of rent control and rent stabilization, as required by State and City rent laws (February 2003).

- Directed and coordinated work carried out with the U.S. Bureau of the Census to plan, design, and implement the 2002 HVS, as required by State and City rent-

6

regulation laws.

**Office of Planning and Policy**
**Department of Housing Preservation and Development**
**City of New York**

**ASSISTANT COMMISSIONER FOR HOUSING**
**ANALYSIS AND RESEARCH**          January 1998 to September 2000

As a policy analysis advisor to the Special Counsel to the Commissioner and to the Commissioner and as head of the Agency's housing analysis and research office, assisted the Commissioner, the Special Counsel, and the Deputy Commissioner in making decisions on current and proposed policy and program issues by providing findings of analyses and research on major housing issues. Major responsibilities performed included the following:

o  Authored the comprehensive housing market analysis report, *Housing New York City 1999*, completed in October 2001 (530 pages). Using data from the 1999 and previous New York City Housing and Vacancy Surveys (HVSs), the report covers the major structural and operational components of New York City's housing market in six chapters. The "Residential Population and Households" chapter covers changes in the population and households and their characteristics. The "Household Incomes in New York City" chapter discusses all major issues relevant to determining the current and potential capability of households to pay housing costs. As part of describing all issues important to assessing adequately the availability of housing units, the "New York City's Housing Inventory" chapter discusses the following issues: changes in the size and composition of the overall housing inventory, components of inventory change, the rental housing inventory, changes in rental housing in cooperatives and condominiums, the owner housing inventory, and housing units that are accessible to physically disabled persons. The "Housing Vacancies and Vacancy Rates" chapter analyzes the issues required by rent control and stabilization laws, including the following: rental vacancy rates, the turnover in rental units, and vacant units unavailable for rent or sale. All major rent issues relating to the cost of occupied housing in the rental market in the City, including affordability (the rent-income ratio), are covered in the "Rent Levels in New York City" chapter. The final chapter, "Housing Condition in New York City," discusses the following issues: the structural condition of occupied units (dilapidation rates and the incidence of building defects), the maintenance condition of the occupied housing inventory, the characteristics of physically poor housing and the occupants of such housing, neighborhood conditions, the contributions made by New York City to improving housing conditions, and, finally, crowded households.

o Prepared and provided to the Commissioner and the Mayor's Office sets and/or analyses of data from the HVS.

o Prepared the "Selected Findings of the 1999 New York City Housing and Vacancy Survey" report, which was submitted to the City Council in February 2000. The state and city rent regulation laws require that the City Council determine the need for continuing the regulation and control of residential rents and evictions in the City, based on the report.

o Prepared the Mayor's press release on the initial findings of the 1999 HVS (February 2000) and the Commissioner's testimony to the City Council relating to the initial findings of the 1999 HVS (February 2000).

o Developed the proposal for designing and conducting the 1999 HVS. Directed and coordinated projects relating to the Census Bureau's conducting of the 1999 HVS.

o Directed projects on the development of the New York City Private Owners and Managers Survey (POMS). If conducted, the New York City POMS would provide, for the first time, systematic data on the ownership decisions and maintenance, management, and reinvestment practices of the owners and managers of the City's privately owned multi-family rental buildings. Data from the POMS would be linked in a comprehensive database with data from other files available in the public and private sectors. This would provide the most comprehensive source of integrated data on private multiple-dwelling rental units, their occupants, the buildings containing them, and the owners and managers who make decisions about them, for use by government officials, housing policy makers, and planners.

o Authored *Housing New York City 1996*, analyzing data from the 1996 HVS on population, households, housing units, and neighborhoods; completed in September 1999 (512 pages).


**Office of Policy Analysis and Research**
**Department of Housing Preservation and Development**
**City of New York**

**ASSISTANT COMMISSIONER FOR POLICY**
**ANALYSIS AND RESEARCH**                              June 1992 to December 1997

o Prepared and submitted to the City Council in February 1997 the report "Selected Findings of the 1996 New York City Housing and Vacancy Survey," required by state and city rent regulation laws.

8

Prepared the HPD Commissioner's testimony on the findings of the report and, with the Commissioner, presented the report and testimony to the City Council and answered questions raised on major housing issues in the context of the continuation of rent regulations in New York City.

Based on this report, the Council determined in March 1997 that there was a housing emergency in the City and that there, thus, continued to be a need for rent control and stabilization for another three years.

o Prepared and provided City and State policy-makers and analysts with 1996 HVS data and data analyses for their use in making major changes in the State rent stabilization law, including the six-year extension of the law until June 2003.

o Worked on the initial development of the early warning indicators of residential buildings at risk of abandonment, which can help policy-makers and analysts prepare and implement appropriate policies and programs designed to prevent the buildings from being abandoned, in a very productive manner, as early as possible, and with the least amount of money.

o Prepared analyses that were used in receiving Federal Community Development funds by proving that some of HPD's major preservation programs were eligible for the funds.

o Developed the proposal for the 1996 New York City Housing and Vacancy Survey. State and City rent regulation laws require that the City prepare a comprehensive triennial HVS. HPD contracted with the U.S. Bureau of the Census to conduct the 1996 HVS, as it has for all previous HVSs.

o Prepared the report "Reliability of HVS Data on *In Rem* Units and Households," which was submitted to the U.S. Department of Housing and Urban Development.

o Directed and coordinated the project on the preparation of the 1993 HVS Report, *Housing New York City 1993*. HPD must prepare and submit to the City Council a report analyzing the HVS data on the rental vacancy rate and other housing market conditions, since, based on the findings of the HVS, the Council should determine if there is a housing emergency in the City and there, thus, continues to be a need for rent control and stabilization.

o Directed and coordinated the 1993 SRO Report project, analyzing the number and characteristics of SRO units and the characteristics of their residents.

o Directed and coordinated the HPD joint project with the U.S. Bureau of the Census to develop methodological procedures to be used to estimate the incomes of individuals

9

who did not report their incomes for the 1993 and 1996 HVSs.

- o Prepared and submitted to the City Council in February 1994 the report "Selected Findings of the 1993 New York City Housing and Vacancy Survey," which covered the City's rental vacancy rate, housing supply, housing condition, and other housing market situations. Based on this report, the Council determined that there was a housing emergency in the City and that there, thus, continued to be a need for rent control and stabilization for another three years.

- o Directed and coordinated the analysis of HVS data for the preparation of the 1992 and 1993 Comprehensive Housing Affordability Strategies (CHASs).

- o Directed and coordinated the project for the Mayor's Economic Policy Group on the preparation of special HVS data on characteristics of *in rem* units and persons and households residing in them in the City's proposed Empowerment Zone.

- o Directed and coordinated the project for the Division of Alternative Management Programs (DAMP) on the preparation of an address list, for areas selected by DAMP, of owners of properties in those areas where *in rem* buildings are located; the list has been used for the plan to dispose of *in rem* buildings.

- o Directed and coordinated the lead paint survey and report project.

- o Prepared the Request for Proposals (RFP) designed to solicit a nationally recognized scholar as a consultant to write the 1993 HVS Report, the Housing Economics Report, and the SRO Report in the manner and fashion specified by State and City laws.

- o Directed and coordinated the project to design and carry out the 1993 HVS in order to collect the data required by State and City laws.

- o Directed the project on the development of an information system on cooperatives and condominiums in the City; prepared the Report on Cooperative and Condominium Buildings in Queens.

- o Prepared and submitted to the City Council the Report on the City's rental vacancy rate in 1990, prepared using the Current Population Survey (CPS).

- o Directed and coordinated the legislative analysis of impacts of changes in the City and State housing laws.

- o Directed and coordinated the 1991 HVS Report project.

- o Prepared the RFP for soliciting the consultant who prepared the 1991 HVS Report.

## DEPUTY ASSISTANT COMMISSIONER
## FOR POLICY ANALYSIS AND RESEARCH          January 1987 to May 1992

As a major policy advisor to the Commissioner and the Assistant Commissioner of Policy Analysis and Research, assisted the Commissioner and the Assistant Commissioner in making the best decisions on current and proposed policy and program issues by directing and coordinating analyses and research on major issues in consultation with other public and private groups concerned, and by developing and submitting major policy papers and policy options. Responsible for providing Commissioners with advice on policy research and analyses with city-wide impacts. Substituted for the Assistant Commissioner in his absence and performed his responsibilities. Represented the Commissioner, the First Deputy Commissioner, and the Assistant Commissioner at meetings and through correspondence with representatives of federal, state, and other city agencies and with tenant groups, advocacy groups, owners and developers, and universities and research institutes. Major responsibilities performed include the following:

o  Prepared <u>Summary Statistics of the 1991 New York City Housing and Vacancy Survey</u>.

o  Prepared <u>Select Findings of the 1991 HVS</u>, an analysis of the 1991 HVS data as highlighted in the <u>Summary Statistics</u>.

o  Prepared an analysis of the 1991 HVS-Returning Loss Survey data on units lost between 1970 and 1987 and returned or in the process of returning to the housing inventory between 1987 and 1991.

o  Prepared the proposal for the 1991 HVS.

o  Directed and coordinated the project on developing the questionnaire for the 1991 HVS.

o  Directed and coordinated the project on the coding procedure designed to determine the rent regulation status of rental units in the City.

o  Directed and coordinated research work needed to improve the content, procedures, methods, and techniques used for the 1991 New York City HVS.

o  Directed the project to analyze current situations of SRO units and residents and to improve current policies and programs.

o  Directed the project to assess housing need in order to assist policy makers in

11

determining the volume and type of current and future housing needs and, thus, to help them implement the Ten-Year Housing Plan and other housing policies in the most appropriate ways to meet the needs.

o  Directed research work needed to prepare the <u>Evaluation of Warehoused Units in New York City</u>, submitted to the Mayor and City Council.

o  Directed all research, analysis, and administrative work needed to prepare <u>Housing and Vacancy Report: New York City, 1987</u>, submitted to the City Council for its determination of the need for continuing the rent regulation system in the city.

o  Prepared "Summary of Findings of <u>Housing and Vacancy Report: New York City, 1987</u>" to help policy makers understand better the housing situation in the city and to develop better policies and programs.

o  Prepared an analysis of housing inventory changes by components to help policy makers understand the determinants and dynamics of housing supply in New York City in recent years.

o  Prepared an analysis to evaluate the housing need assessed and projected by others and to provide alternative need assessments.

o  Directed and coordinated the project on the preparation of the report on locally funded housing programs in New York City and the United States.

o  Directed and coordinated the project on the preparation of the report on initial households receiving apartments under the City's ten-year housing plan.

**DIRECTOR OF RESEARCH
AND ANALYSIS**                                                July 1985 to January 1987

As a major advisor to the Deputy Commissioner of Policy Analysis and head of the Agency's Research and Analysis Unit, provided the best policy and program recommendations to the Commissioner, the First Deputy Commissioner, and the Deputy Commissioner by developing, directing, and coordinating city-wide research on major housing policy and program issues. Major responsibilities included the following:

o  Directed administrative, research, and analysis activities required for the 1987 HVS. Designed the survey, prepared the RFP and contract documents soliciting the consultant who prepared the 1987 HVS report, and evaluated proposals sent in response to the RFP.

o Prepared the testimonies of the Mayor and the Commissioner presenting the city's position on the 1990 decennial census to the Subcommittee on Census and Population, Committee on the Post Office and Civil Service, U.S. House of Representatives, on April 11, 1986.

o Coordinated the Research and Analysis Unit staff, other HPD staff, various consultants, the Mayor's Office of SROs, and other city agency executive staff in overall research activities mandated by the SRO Moratorium. Designed and directed HPD's SRO Data Base Reliability Test Survey and the SRO Building Survey, formulated to make estimates of the number of SRO and SRO-type buildings and units in the city and, thus, to measure the need for such housing accommodations and develop the best policies for making SRO and SRO-type housing available to the poor.

o Directed the research and analysis activities required to prepare the report Single Room Occupancy in New York City, which was submitted to the Mayor and City Council. Participated in making recommendations for using findings in analyzing SRO policies and programs and in developing new policy and program options.

o Coordinated, developed, and directed research on illegal occupancy violations in multiple dwellings. Directed the survey designed to estimate illegal occupancy situations in multiple dwellings in terms of number and types of violations and the degree of health and safety hazards.

**Office of Rent and Housing Maintenance**
**Department of Housing Preservation and Development**
**City of New York**

**DIRECTOR OF RENT RESEARCH**
**AND POLICY**                                              August 1984 to July 1985

Served as a major advisor to the Assistant Commissioner of Rent Policy and Regulation. Substituted for the Assistant Commissioner in his absence. Responsible for coordinating and directing research and policy analysis in all housing sectors.

For the preparation of Housing in New York City: Study of a City, 1984, which was submitted to the Mayor and City Council, coordinated the administrative and research and analysis work performed by the U.S. Bureau of the Census, various consultants, other city agency executive staff, and HPD's research and computer programming staff members.

Responsible for policy and program analysis designed to develop recommendations to improve the overall effectiveness of major divisional programs, such as the SCRIE, Excess SCRIE, and SCRIE Tax Abatement programs.

13

Represented the Assistant Commissioner at meetings and through correspondence with representatives of universities, tenant groups, and other government agencies in order to exchange knowledge and information and interpretations of past, ongoing, and proposed policy analyses in housing and related areas.

**Graduate School of Architecture and Planning**
**Columbia University**

**MEMBER OF ORGANIZING AND**
**PROGRAM COMMITTEE**                                June 1983 to December 1984

Participated in organizing and directing the Harlem Housing Charrette, designed for participants from around the country and sponsored by the Minority Student and Faculty Organization, Graduate School of Architecture and Planning, Columbia University. Led Task Group II of the Charrette in developing a housing plan for improving the availability and affordability of housing in the community.

**The University Seminars**
**Columbia University**

**MEMBER OF ORGANIZING AND**
**PROGRAM COMMITTEE**                                November 1983 to October 1984

Shared the responsibility for organizing and directing the symposium "The History of Low-Income Housing in New York City, 1901-1984," held at Columbia University in October 1984. Prepared background papers, reviewed papers submitted, and coordinated editorial work. The principal aim of the symposium was to improve the understanding of policy and program options for the future by clarifying the causes of changing housing conditions in New York City over the period. Participants included federal and local public officials, scholars, and advocates in housing and related areas.

**Graduate School of Architecture and Planning**
**Columbia University**

**PROJECT MANAGER**                                  June 1980 to July 1982

Managed the policy research project "The Sheltering Capacity of Metropolitan Neighborhoods," funded by the National Institute of Mental Health, by coordinating the work of three senior faculty members and various consultants and directing a research

14

associate and five research assistants.

Developed conceptual and operationalized policy-analysis-oriented models examining determinants of communities' sheltering capacity for social-service-dependent populations (including former residents of mental hospitals) and the homeless and the processes involved, with emphases on housing and on community and residents' incomes and other characteristics. Designed and administered information systems on factors influencing sheltering capacity and on populations served and not served by services.

In addition, responsibilities included writing proposals, working papers, and reports and administering the overall project, including the budget.


**Columbia Center for Preservation Planning**
**Graduate School of Architecture and Planning**
**Columbia University**

**RESEARCH CONSULTANT**                                November 1979 to May 1980

Worked on the evaluation of the tax rebatement policy approach (J-51) for housing rehabilitation on the Upper West Side of Manhattan. The main issue of the research was the impacts of reinvestment on housing improvement and community changes in terms of where the reinvestment is most likely to start, concentrate, and continue; who benefits actually and most; who is displaced; and, finally, the significance of the displacement.


**Northwest Health Service Systems Agency**
**Waterbury, Connecticut**

**RESEARCH CONSULTANT**                                October 1979 to October 1980

Reviewed the first-year report of and the information system on the project "The Effect of Living Space and Locational Variables on Health and Mental Health" and provided recommendations for the second-year phase of the project research. The principal aim of the project was to improve the understanding of impacts of a person's environment, including housing, on his/her well-being by comparing conditions of physical and mental health of low-income people who stayed in communities with substandard housing conditions in suburban areas of Waterbury and those of low-income people who moved into new, publicly subsidized housing with much better conditions in downtown Waterbury.


**Graduate School of Architecture and Planning**

15

**Columbia University**

**RESEARCHER** June 1978 to February 1979

Prepared, with Professors Peter Marcuse and Harvey Goldstein, for the Department of Housing Preservation and Development the policy analysis report <u>Rental Housing in the City of New York</u>, based on the 1978 New York City Housing and Vacancy Survey. As one of the principal senior researchers for the report, wrote major portions of it and reviewed and edited all chapters. Hired, trained, and supervised a research associate and research assistant in collecting, organizing, testing, and analyzing data and information and in drafting chapters.

**Office of the Lieutenant Governor**
**State of New York**

**POLICY ANALYST (INTERN)** January 1977 to January 1978

Prepared the report "An Impact Analysis of the Housing and Community Development Act of 1974 in New York City." Analyzed the Act in the report in terms of its nature, objectives, and activities eligible for assistance. Examined the following issues: what program activities were emphasized; who benefited from the program; what was the implementation rate of the various activities; what were the factors affecting the rate; and what was the potential role of the State in the program.

**Yonsei University**
**Seoul, Korea**

**MANAGEMENT OFFICER** June 1969 to August 1971

Responsible for maintenance of all the University's residential and non-residential buildings. Responsible for the administration of about 200 engineers, mechanics, maintenance staff members, and security officers. Developed and administered the University's comprehensive checking system for maintenance of housing and buildings.

**OTHER EXPERIENCE**

Participated in seminars on housing, new towns and cities, and urban planning and policies in West Germany, sponsored by the Deutscher Akademischer Austauschdienst, West Germany, and held in May 1979 in Frankfort, Koln, Bonn, Aachen, Dortmund, Munster, Wiesbaden, and Darmstadt.

16

**PUBLICATIONS** (prior to beginning work at HPD)

Moon Wha Lee, "The History of Low-Income Housing in New York City, 1901-1984" (The University Seminars, Columbia University, New York, August 1984). A comprehensive bibliography prepared for the symposium of the same name, held at Columbia University in October 1984. Focuses are on the relationship between economics and housing, housing politics and policy, tenement movement, public housing, race and ethnicity, and housing and neighborhood changes.

Moon Wha Lee, "Conceptual Model of Causes and Processes of Residential Abandonment" and "Operational Model of Causes and Processes of Residential Abandonment," Faculty Working Papers (Division of Urban Planning, Graduate School of Architecture and Planning, Columbia University, January 1984). The principal objective of these papers is to build and test a theory of residential abandonment that incorporates an understanding of recent economic and population transformations that have exhibited identifiable differences among central cities in different regions and between central cities and their outside areas within regions, taking into consideration the special joint behavior of the housing and labor markets. The findings of these studies are that the principal causes of abandonment are the changes in economic, population, and family characteristics of cities. These changes have been localized and manifested as abandonment through the process of housing poverty, which has, in turn, been manifested as abandonment phenomena and homelessness.

Moon Wha Lee, "Causes and Processes of Residential Abandonment Phenomena," Ph.D. dissertation (Columbia University, October 1983).

Janet Sheff, Moon Wha Lee, and Howard Stanton, <u>Deinstitutionalization and the Sheltering Capacity of Neighborhoods</u> (Washington, DC: National Institute of Mental Health, PHS Grant #5 RO1MH3035-02, July 1982). The emphases of the report are on dealing explicitly with the community as an organic entity and as a factor determining the success or failure of the policy of sheltering social-service-dependent populations (including former residents of mental hospitals) and the homeless, and on analyzing comparatively the community's receptivity to them.

Peter Marcuse, Harvey Goldstein, and Moon Wha Lee, <u>Rental Housing in the City of New York: Supply and Condition, 1975-1978</u> (Department of Rent and Housing Maintenance, Housing Preservation and Development Administration, City of New York, February 1979).

Moon Wha Lee, "An Impact Analysis of the Housing and Community Development Act of 1974 in New York City" (Office of the Lieutenant Governor, State of New York,

17

January 1978).

Moon Wha Lee, "Determinants of Relative House Values in the New York Metropolitan Region," master's thesis (Graduate School of Public Administration, New York University, June 1976).

**REFERENCES PROVIDED UPON REQUEST**