

# Mayor's Management Report

September 2007

City of New York
Michael R. Bloomberg, Mayor

Jeffrey A. Kay
Director, Mayor's Office of Operations

# DEPARTMENT OF HOMELESS SERVICES
Robert V. Hess, Commissioner

### Key Public Service Areas
- ✓ Prevent homelessness.
- ✓ Conduct outreach to street homeless individuals.
- ✓ Provide temporary emergency shelter for eligible homeless people.
- ✓ Work with homeless individuals and families to develop and implement independent living plans.

### Scope of Agency Operations
The Department of Homeless Services (DHS), in partnership with public agencies and the business and nonprofit communities, prevents homelessness and provides temporary emergency shelter for eligible homeless people in a safe, supportive environment. DHS manages 11 City-run and 205 privately-run shelter facilities, consisting of 49 adult facilities and 167 family facilities. DHS also provides outreach services available 24 hours a day, seven days a week, as well as homeless prevention services through community-based programs.

### Critical Objectives
- Increase the number of people prevented from becoming homeless.
- Reduce street homelessness.
- Ensure the availability of temporary shelter for homeless individuals and families.
- Maintain shelter safety and cleanliness.
- Increase client engagement and responsibility in moving to permanent housing.
- Reduce clients' length of stay in shelters.
- Increase placements into permanent housing.
- Reduce re-entries into the shelter services system.

### Performance Report
✓ Prevent homelessness.

- Families entering the DHS shelter services system increased by 10.7 percent in Fiscal 2007. DHS has increased diversion efforts at the Prevention Assistance and Temporary Housing office (PATH), and its community-based prevention program, HomeBase, is expanding citywide. Prior to this expansion, HomeBase services were targeted only to six, high-need Community Districts.

| Performance Statistics | Actual | | | | | Target | | |
|---|---|---|---|---|---|---|---|---|
| | FY03 | FY04 | FY05 | FY06 | FY07 | FY07 | Preliminary FY08 | Updated FY08 |
| ☎ Families entering the DHS shelter services system | 8,830 | 8,655 | 8,398 | 9,184 | 10,165 | * | * | * |
| ☎ Single adults entering the DHS shelter services system | 20,864 | 22,339 | 19,144 | 21,611 | 21,897 | * | * | * |
| Families receiving preventive services who did not enter the shelter system (%) | | | | 96.0% | 92.0% | 91.9% | * | * | * |
| Adults receiving preventive services who did not reside 21 days or more in the shelter system (%) | | | | 99.0% | 96.0% | 96.2% | * | * | * |

☎ 311 related  **Bold** - indicates revisions from the February 2007 PMMR  "**NA**" - means Not Available in this report

37