```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
JUANA SIERRA,                            :
                                         :
              Plaintiff,                 :
                                         :
         -v-                             :    07 Civ. 6769 (JSR)
                                         :
CITY OF NEW YORK; NEW YORK CITY          :         ORDER
DEPARTMENT OF BUILDINGS, and PATRICIA    :
J. LANCASTER, in her capacity as         :
COMMISSIONER OF NEW YORK CITY            :
DEPARTMENT OF BUILDINGS; NEW YORK        :
CITY DEPARTMENT OF HOUSING               :
PRESERVATION AND DEVELOPMENT, and        :
SHAUN DONOVAN, in his capacity as        :
COMMISSIONER OF NEW YORK CITY            :
DEPARTMENT OF HOUSING AND                :
DEVELOPMENT; and EMAD IBRAHEM,           :
                                         :
              Defendants.                :
---------------------------------------- x
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-6-08
```

JED S. RAKOFF, U.S.D.J.

    Pursuant to the conference call with the parties and the Court on March 4, 2008, the Court hereby sets the following schedule for remaining proceedings in this case:

    The parties shall file notices of their respective motions for summary judgment by Friday, March 7, 2008, and shall file responses to those motions by Friday, March 14, 2008. These notices and responses may adopt any and all of the papers previously filed in this case and need not include statements under Local Civil Rule 56.1.

    The Court will hold oral argument on the previously-briefed preliminary injunction motion, as well as the aforementioned motions for summary judgment, on Wednesday, March 26, at 2 p.m. If either party believes that an evidentiary hearing is necessary for the Court

to rule on the motion for a preliminary injunction, that party will jointly call Chambers with adversary counsel to so inform the Court by no later than Friday, March 21.

The Court will decide the preliminary injunction and summary judgment motions by no later than April 21, 2008. If these rulings do not fully resolve the case, the parties shall have until June 2, 2008 to complete any and all remaining discovery. (The defendants' application to enlarge that period or to postpone determining the duration of that period until the Court's ruling on the cross-motions is hereby denied, and there is therefore no need for the parties to contact Chambers tomorrow, Thursday, March 5 as previously discussed.)

The Court will hold a final pretrial conference on June 9, 2008 at 3 p.m., and, at that time, set a date to commence trial.

SO ORDERED.

Dated: New York, NY
March 5, 2008

_____
JED S. RAKOFF, U.S.D.J.