UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

JUANA SIERRA,

                    *Plaintiff,*

            - against -

CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF BUILDINGS, and PATRICIA
J. LANCASTER, in her capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF BUILDINGS; NEW
YORK CITY DEPARTMENT OF HOUSING
PRESERVATION AND DEVELOPMENT, and
SHAUN DONOVAN, in his capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF HOUSING PRESERVATION
AND DEVELOPMENT; and EMAD IBRAHEM.

                    *Defendants.*
------------------------------------------------------------------ X

07 Civ. _____ 07 CV 6769 ( )

JUDGE RAKOFF

**ORDER TO SHOW CAUSE FOR
TEMPORARY RESTRAINING
ORDER AND PRELIMINARY
INJUNCTION**

*[Handwritten: Postponed in July, 2007 because of intervening developments. J.S. Rakoff, USDJ, 3-6-08]*

     Upon the Summons and Complaint herein, the Declaration of Ami T. Sanghvi, dated July 26, 2007 and annexed Exhibits, the Declaration of Martha Weithman dated July 26, 2007 and annexed Exhibits, the Memorandum of Law in Support of Plaintiff's Request for a Temporary Restraining Order and Preliminary Injunction, dated July 26, 2007, it is hereby:

     ORDERED, that the above named Defendants show cause before the Honorable Judge _____, at _____ on the _____ day of July 2007, or as soon thereafter as counsel may be heard, in Room _____ of the United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

    a. Granting a temporary restraining order and preliminary injunction against Defendants City of New York, New York City Department of Buildings, and New York City Department of Housing Preservation and Development barring enforcement of Housing Maintenance Code § 27-2076(b).



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3.6.08

   b. Granting a temporary restraining order and preliminary injunction barring Defendant Irbahem from taking any actions to evict Plaintiff Sierra based on Housing Maintenance Code § 27-2076(b).

   c. Enjoining the Defendants from enforcing any open or pending violations of Housing Maintenance Code § 27-2076(b);

   d. Enjoining Defendant Ibrahem from taking any actions to evict Plaintiff Sierra based on Housing Maintenance Code § 27-2076(b); and

   e. Enjoining Defendants from any retaliation against Plaintiff for the exercise of her statutory rights in bringing this action.

ORDERED that personal service of this Order to Show Cause and Temporary Restraining Order, together with a copy of the papers upon which it is based, upon the Defendants or their attorneys, at or before _____.m. on _____ _____, 2007, be deemed sufficient personal service;

ORDERED that opposing papers, if any, are to be served upon Plaintiff Sierra's attorneys, so as to be received by 12:00 noon on the _____ _____, 2007.

ORDERED that all reply papers, if any, shall be served upon Defendants' counsel, as to be received not later than _____ on _____ _____, 2007.

ORDERED that this order will be effective until _____, 2007, at _____ and not longer without further order of the Court; and this order issued this _____ day of _____.

Dated: _____
New York, New York

_____
United States District Judge