UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUANA SIERRA,

Plaintiff,

v.

CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF BUILDINGS, and PATRICIA
J. LANCASTER, in her capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF BUILDINGS; NEW YORK
CITY DEPARTMENT OF HOUSING
PRESERVATION AND DEVELOPMENT, and
SHAUN DONOVAN, in his capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF HOUSING PRESERVATION
AND DEVELOPMENT; and EMAD IBRAHEM,

Defendants.

07 Civ. 6779 (JSR) (ECF CASE)

**NOTICE OF
SUBSTITUTION
OF COUNSEL**

---

Plaintiff Juana Sierra hereby gives notice that Tara S. Crean of the Urban Justice Center is being substituted as counsel, replacing Ami T. Sanghvi, formerly of the Urban Justice Center.

Respectfully submitted,

Ami T. Sanghvi (AS 5128)
NEW YORK CIVIL LIBERTIES UNION
Reproductive Rights Project
125 Broad Street
New York, NY 10004
Tel. (212) 607-3300

Tara S. Crean (TC 5207)
Leslie T. Annexstein (LA 0430)
URBAN JUSTICE CENTER
Homelessness Outreach and Prevention Project
123 William Street, 16th Floor
New York, NY 10038
Tel. (646) 602-5649

*[signature]*

WEST SIDE SRO LAW PROJECT
Goddard Riverside Community Center
Martha Weithman (MW 3333)
647 Columbus Avenue
New York, NY 10025
Tel. (212) 799-9638