```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JUANA SIERRA,                         :
                                      :
            Plaintiff,                :
                                      :
         -v-                          :   07 Civ. 6769 (JSR)
                                      :
CITY OF NEW YORK; NEW YORK CITY       :        ORDER
DEPARTMENT OF BUILDINGS, and PATRICIA :
J. LANCASTER, in her capacity as      :
COMMISSIONER OF NEW YORK CITY         :
DEPARTMENT OF BUILDINGS; NEW YORK     :
CITY DEPARTMENT OF HOUSING            :
PRESERVATION AND DEVELOPMENT, and     :
SHAUN DONOVAN, in his capacity as     :
COMMISSIONER OF NEW YORK CITY         :
DEPARTMENT OF HOUSING AND             :
DEVELOPMENT; and EMAD IBRAHEM,        :
                                      :
            Defendants.               :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

In anticipation of the injunction hearing scheduled to begin September 3, 2008, plaintiff has propounded numerous discovery requests, to many of which defendants have objected. Having now reviewed the parties' letter-briefs regarding these disputes, the Court concludes that the parties have continued to engage in the overly adversarial contentiousness that has previously disfigured this litigation and that only serves to detract from their professional responsibilities. For example, many of plaintiff's requests are grossly overbroad and burdensome, but, on the other hand, many of defendants' relevancy objections are clearly unfounded in light of the Court's May 13 Memorandum Order.

To restore some balance, it seems best to start afresh. Accordingly, the Court hereby quashes all of plaintiff's outstanding

discovery requests to which defendants have objected, and directs plaintiff to serve on defendants' counsel, by no later than noon on Thursday, July 24, a new, far more tailored set of discovery requests. Defendants, in turn, must serve on plaintiff's counsel, by no later than 5 pm on Monday, July 28, more nuanced responses to the plaintiff's new discovery requests carefully stating any grounds for objections and, where no objections have been interposed, indicating a prompt date by which responses will be provided. Copies of the plaintiff's new requests and the defendants' new responses should also be faxed to the Court. The Court will then hold an in-court conference on Tuesday, July 29, at 5 p.m., to address any remaining disputes.

    SO ORDERED.

Dated: New York, NY
July 22, 2008

                                      JED S. RAKOFF, U.S.D.J.