UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JUANA SIERRA,

                                               Plaintiff,

            -against-

THE CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF BUILDINGS; PATRICIA J.
LANCASTER, in her capacity as COMMISSIONER OF
THE NEW YORK CITY DEPARTMENT OF
BUILDINGS; NEW YORK CITY DEPARTMENT OF
HOUSING PRESERVATION AND DEVELOPMENT;
SHAUN DONOVAN, in his capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF HOUSING PRESERVATION AND
DEVELOPMENT; and EMAD IBRAHEM,

                                               Defendants.

**AMENDED NOTICE OF APPEARANCE**

No. 07 CV 6769 (JSR)

------------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that defendants the City of New York, the New York City Department of Buildings, Patricia J. Lancaster, in her capacity as Commissioner of the New York City Department Of Buildings, the New York City Department of Housing Preservation and Development, Shaun Donovan, in his capacity as Commissioner of New York City Department of Housing Preservation and Development, appear by their attorney Michael A. Cardozo, Corporation Counsel of the City of New York, Jerald Horowitz, Gabriel Taussig and Jacqueline Hui, of counsel. Service of all pleadings, papers, and documents in this action should be served on the Office of the Corporation Counsel of the City of New York as follows:

        New York City Law Department
        100 Church Street, Room 5-189
        New York, New York 10007
        ATTN: Jerald Horowitz

All communications should be directed to Jerald Horowitz at telephone number (212) 442-0589 and fax number (212) 791-9714. Electronic Court Filing (ECF) notices should be directed to jhorowit@law.nyc.gov. Please note that service of papers by facsimile transmission is expressly prohibited without prior consent of counsel, except for letters of three pages or less.

Dated:  New York, New York
        August 27, 2007

>                                   MICHAEL A. CARDOZO
>                                   Corporation Counsel of the
>                                     City of New York
>                                   Attorney for Defendants
>                                   100 Church Street
>                                   New York, New York 10007
>                                   (212) 442-0589
>
>                               By: _____
>                                   Jerald Horowitz (JH 8395)
>                                   Assistant Corporation Counsel

To:  URBAN JUSTICE CENTER
     Homelessness Outreach and
     Prevention Project
     Leslie T. Annexstein (LA 0430)
     Ami T. Sanghvi (AS 5128)
     123 William Street, 16th Floor
     New York, New York 10038
     Tel. (646) 602-5643

     WEST SIDE SRO LAW PROJECT
     Goddard Riverside Comm. Center
     Molly Doherty (MD 2044)
     Martha Weithman (MW 3333)
     647 Columbus Avenue
     New York, New York 10025
     Tel. (212) 799-9638

     Attorneys for Plaintiff