UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JUANA SIERRA,

                                                          Plaintiff,

                 -against-

THE CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF BUILDINGS; PATRICIA J.
LANCASTER, in her capacity as COMMISSIONER OF
THE NEW YORK CITY DEPARTMENT OF
BUILDINGS; NEW YORK CITY DEPARTMENT OF
HOUSING PRESERVATION AND DEVELOPMENT;
SHAUN DONOVAN, in his capacity as
COMMISSIONER OF NEW YORK CITY
DEPARTMENT OF HOUSING PRESERVATION AND
DEVELOPMENT; and EMAD IBRAHEM,

                                                       Defendants.
------------------------------------------------------------------------ X

**AMENDED NOTICE OF APPEARANCE**

No. 07 CV 6769 (JSR)

        **PLEASE TAKE NOTICE** that defendants the City of New York, the New York City Department of Buildings, Patricia J. Lancaster, in her capacity as Commissioner of the New York City Department Of Buildings, the New York City Department of Housing Preservation and Development, Shaun Donovan, in his capacity as Commissioner of New York City Department of Housing Preservation and Development, appear by their attorney Michael A. Cardozo, Corporation Counsel of the City of New York, Jerald Horowitz, Gabriel Taussig and Jacqueline Hui, of counsel. Service of all pleadings, papers, and documents in this action should be served on the Office of the Corporation Counsel of the City of New York as follows:

                New York City Law Department
                100 Church Street, Room 5-189
                New York, New York 10007
                ATTN: Jerald Horowitz

All communications should be directed to Jerald Horowitz at telephone number (212) 442-0589 and fax number (212) 791-9714. Electronic Court Filing (ECF) notices should be directed to jhorowit@law.nyc.gov. Please note that service of papers by facsimile transmission is expressly prohibited without prior consent of counsel, except for letters of three pages or less.

Dated:	New York, New York
	September 2, 2008

                        MICHAEL A. CARDOZO
                        Corporation Counsel of the
                          City of New York
                        Attorney for Defendants
                        100 Church Street
                        New York, New York 10007
                        (212) 788-0817

By: /s/ Jacqueline Hui
      Jacqueline Hui (JH 6308)
      Assistant Corporation Counsel

To:	URBAN JUSTICE CENTER
	Homelessness Outreach and
	Prevention Project
	Leslie T. Annexstein (LA 0430)
	Ami T. Sanghvi (AS 5128)
	123 William Street, 16th Floor
	New York, New York 10038
	Tel. (646) 602-5643

	WEST SIDE SRO LAW PROJECT
	Goddard Riverside Comm. Center
	Molly Doherty (MD 2044)
	Martha Weithman (MW 3333)
	647 Columbus Avenue
	New York, New York 10025
	Tel. (212) 799-9638

	Attorneys for Plaintiff